IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>)<br>IN RE: )<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>)<br>) | Civil Action No. 05-CV-0784 (RMC) |

**DECLARATION OF REAR ADMIRAL DAVID THOMAS**

Declaration of Rear Admiral David M. Thomas, Jr.

Pursuant to 28 U.S.C. § 1746, I, David M. Thomas, Jr., hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

I am a Rear Admiral in the United States Navy, with 31 years of active duty service. I currently serve as Commander, Joint Task Force-Guantanamo (JTF-GTMO), at Guantanamo Bay, Cuba. I have held this position since 27 May 2008. As such, I am directly responsible for the successful execution of the JTF-GTMO mission to conduct detention and interrogation operations in support of the Global War on Terrorism, coordinate and implement detainee screening operations, and support law enforcement and war crimes investigations.

The attached narrative and supporting materials from files of the Department of Defense or other government agencies contain information used by the Department of Defense to establish the status of the individual who is the subject of the narrative as an enemy combatant and to substantiate their detention as an enemy combatant at Guantanamo Bay, Cuba.

Dated:

DAVID M. THOMAS, JR.
Rear Admiral, U.S. Navy

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Civil Action No. 05-CV-0784 (RMC) |

## AMENDED FACTUAL RETURN

SECRET//NOFORN

SECRET//NOFORN

Respondents hereby submit, as explained herein, an amended factual return pertaining to the petitioner identified as the subject of the attached Narrative. This amended return is intended to supersede the material contained in any previously filed return, except for the fact that petitioner was previously determined by a Combatant Status Review Tribunal to be an enemy combatant.

This amended return sets forth factual bases[1] supporting petitioner's lawful, ongoing detention pursuant to the Authorization for the Use of Military Force and the President's power as Commander in Chief.

Dated: September 26, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

---

[1] Respondents reserve the right to seek leave to further supplement the record with additional factual bases supporting petitioner's detention, as necessary.

SECRET//NOFORN

SECRET//NOFORN

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
WILLIAM G. KANELLIS
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.305.0568
Fax: 202.616.8470

Attorneys for Respondents

SECRET//NOFORN

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,     )
              et al.,     )
                   )
          Petitioners,     )
                   )     Civ. Action No. 05-CV-0748 (RMC)
   v.     )
                   )
GEORGE W. BUSH,     )
   President of the United States,     )
              et al.,     )
                   )
          Respondents.     )

### NARRATIVE FOR PETITIONER
### SAMEER NAJY HASAN MUKBEL, ISN 043

1.     Sameer Najy Hasan Mukbel (ISN 043) ("petitioner") is a citizen of <span>b(1)</span> who has participated in hostilities against the United States and has served on the front lines with al-Qaida. He was recruited by a known al-Qaida recruiter. Petitioner received basic and advanced training at al-Qaida training camps. Petitioner also served as a member of Usama bin Laden's security detail. Petitioner at first denied that he had gone to Afghanistan to fight, but later recanted his story and admitted to fighting on the front lines. Petitioner's name was included in a list of al-Qaida military applications recovered during a raid of an office in Kandahar, Pakistan.



2.     Consequently, for the reasons stated below, petitioner is lawfully subject to

SECRET//NOFORN

SECRET//NOFORN

detention pursuant to, *inter alia*, the President's power as Commander in Chief and the Authorization for the Use of Military Force. 115 Stat. 224 (2001).

      3.    In the materials discussed herein relating to the factual basis for petitioner's detention and his assessment as a properly detained enemy combatant, there are documents reflecting interviews with him and others conducted by law enforcement and intelligence personnel, as well as information derived from other sources and methods. Information received from these sources is commonly reproduced in reports created by the collecting officer. Such information is also commonly analyzed by intelligence or law enforcement personnel and used to produce other intelligence products. These reports and intelligence products are routinely relied upon by the military or intelligence personnel in making decisions to act upon threats to our national security. See Declaration of Robert H. Holmes, "Use of Intelligence Products in the Targeting and Operational Cycles in Operation Enduring Freedom" (August 22, 2008); Declaration of ███████████████████ "Background Declaration – Intelligence 101" (September 19, 2008).

      4.    The following narrative and attached materials set forth factual bases supporting petitioner's lawful detention. This narrative is not intended to be a complete explication of the information in support of petitioner's detention in those materials.

      5.    As with all detained enemy combatants at Guantanamo Bay, Cuba, petitioner has been assigned an Internment Serial Number ("ISN"). The ISN is an administrative code assigned to military detainees. Petitioner's full ISN is ███ -000043 ███ in which the number "043" is his unique identifier, and ███ designates his ███ citizenship. Source documents attached

SECRET//NOFORN

SECRET//NOFORN

as exhibits may refer to him or other detainees by name, by a full ISN, or by various short forms of an ISN, such as ▒▒▒ -000043" or "ISN 043."

## General Background

6.      *Al-Qaida* ("the Base") was founded by Usama bin Laden and others in or about 1989 for the purpose of opposing certain governments and officials with force and violence. See The 9/11 Commission Report 56 (2004).

7.      Usama bin Laden is recognized as the *emir* (prince or leader) of al-Qaida. See id.

8.      A goal of al-Qaida, as stated by Usama bin Laden and other al-Qaida leaders, is to support violent attacks against property and nationals (both military and civilian) of the United States and other countries. See id. at 59-61.

9.      Between 1989 and 2001, al-Qaida established training camps, guesthouses, and business operations in Afghanistan, Pakistan, and other countries for the purpose of training and supporting violent attacks against property and nationals (both military and civilian) of the United States and other countries. See id. at 64-67.

10.     In 1996, Usama bin Laden issued a public "Declaration of Jihad Against the Americans." This declaration called for the murder of U.S. military personnel serving on the Arabian peninsula. See id. at 48.

11.     In February 1998, Usama bin Laden and Ayman al Zawahiri (bin Laden's deputy) issued a *fatwa* (purported religious ruling) requiring all Muslims able to do so to kill Americans – whether civilian or military – anywhere in the world. See id. at 47.

12.     Since 1989, members and associates of al-Qaida, known and unknown, have

SECRET//NOFORN

SECRET//NOFORN

carried out numerous terrorist attacks, including, but not limited to: the attacks against the American Embassies in Kenya and Tanzania in August 1998, which killed approximately 250 people, see id. at 68-70; the attack against the USS Cole in October 2000, which killed 17 United States Navy sailors, see id. at 190-93; and the attacks on the United States on September 11, 2001, which killed approximately 3,000 people. See id., passim.

13.     The *Taliban* (students of Islamic knowledge) is an Islamic fundamentalist group that was formed in Afghanistan in 1994. See "The Taliban in Afghanistan," at www.cfr.org/publication/10551. After two years of violent conflict that included the capture of Kabul, Afghanistan's capital, the Taliban took control of Afghanistan's national government in 1996. See The 9/11 Commission Report 65 (2004). Although it was never formally recognized by the United States, see id. at 124, the Taliban controlled Afghanistan's national government from 1996 until the United States-led military campaign ousted the Taliban from power in 2001. See id. at 337-38. During the period in which the Taliban controlled Afghanistan's national government, it provided safe harbor and support to al-Qaida and Usama bin Laden. See id. at 64-67.

14.     On September 18, 2001, following the attacks on the United States on September 11, 2001, Congress adopted the Authorization for the Use of Military Force. See 115 Stat. 224 (2001). Recognizing that the attacks of September 11, 2001 "render it both necessary and appropriate that the United States exercise its rights to self-defense and to protect United States citizens at home and abroad," Congress authorized the President "to use all necessary and appropriate force against those nations, organizations, or persons he determines planned,

SECRET//NOFORN

SECRET//NOFORN

authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, or

harbored such organizations or persons, in order to prevent any future acts of international

terrorism against the United States by such nations, organizations or persons." Within weeks,

United States military forces were deployed in Afghanistan. See The 9/11 Commission Report

337 (2004).

15.     The United States led the initial aerial bombing campaign of Afghanistan, with

ground forces composed of United States forces and Afghanistan militia opposed to the Taliban,

including the Northern Alliance. The Northern Alliance is an association of Afghan groups

opposed to the Taliban. The Northern Alliance has assisted the United States in its military

campaign in Afghanistan to defeat al-Qaida and the Taliban. See id. at 330-34; 336-38.

16.     In December 2001, the United States-led military campaign removed the Taliban

from control of Afghanistan's national government. See id. at 337-38. Taliban and al-Qaida

forces, however, have continued to operate in Afghanistan and attack coalition forces. Currently,

two major military operations are underway in Afghanistan. First, Operation Enduring Freedom

("OEF") is a United States-led multi-national coalition military operation initiated in October

2001 to counter terrorism and bring security to Afghanistan in collaboration with Afghan forces.

See www.state/gov/r/pa/prs/ps/2006/60083.htm. OEF operations led to the collapse of the

Taliban government and helped bring security and stability to Afghanistan. Id. OEF involves

troops from over 20 nations, including about 19,000 United States forces and about 3,000 non-

United States troops. Id. Second, the International Security Assistance Force ("ISAF") is a

United Nations-mandated international coalition operating under the command of the North

SECRET//NOFORN

SECRET//NOFORN

Atlantic Treaty Organization.  See www.nato.int/isaf/index.html.  ISAF was established in 2002

with the goal of creating conditions for stabilization and reconstruction in Afghanistan.  ISAF is

comprised of approximately 50,000 troops from 40 countries.  Id.

### Petitioner's Background And Recruitment Into *Jihad*



17. b(1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b(1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Declaration of D3

D3 ▮▮▮▮▮▮▮▮▮, "Background Declaration – Names, Aliases, Kunyas and Variants"

(September 9, 2008); b(2) ▮▮▮▮▮; ISN ▮▮ FD-302 (November 26, 2002).  b(1), b(6)

b(1), b(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b(1), b(6) ▮▮▮▮▮▮  b(2) ▮▮▮▮▮▮▮▮  ISN A2 FM40

(September 23, 2004); ISN A2 FM40 (June 15, 2004); b(2) ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮.

18. b(1), b(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  b(1)

b(1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b(1) ▮▮▮▮▮  b(2) ▮▮▮  b(2) ▮▮▮  ISN 043 FD-302

(February 6, 2002).

19. Petitioner stated that C6 ▮▮▮▮▮ used the ▮▮▮▮▮▮▮

▮▮▮ to recruit Arab males for *jihad* in Afghanistan. C2 ▮▮▮▮▮; ISN 043 FM40

SECRET//NOFORN

SECRET//NOFORN

(March 9, 2004). ██ was a known recruiter for al-Qaida. ██ , ██

██

██   ISN 043 FM40 (March 9, 2004); ██  ██ , ██

██  ██

██

██  ██  ██

██  ██ , ██

██

20.    ██ had known petitioner from the time petitioner was 8, 10, or 13 years

old. (Petitioner gave varying accounts of his age at their first meeting: See ISN 043 FM40

(March 21, 2006); ISN 043 FM40 (September 17, 2004)). ██

██

██  ██ ██

██  ISN 043 FM40 (March 9, 2004); ██

21.    ██

██

██  ██  ██

22.    ██ acquired petitioner's travel visa and passport. ISN 043 FM40 (March

9, 2004). ██ purchased plane tickets to Pakistan for himself and petitioner, and together

they flew ██ to Karachi, Pakistan. ISN 043 FM40 (February 23, 2004). ██

SECRET//NOFORN



SECRET//NOFORN



23.   ████ and petitioner stayed in a guesthouse operated by ████

for one week, and then traveled via taxi to Kabul, Afghanistan.  In Kabul they stayed in a house

owned by the Taliban for approximately one week, and then traveled to a military camp

approximately two miles from the front line.  Upon arrival at the camp they were issued

Kalashnikov rifles, ammunition, and other weapons.  Petitioner was assigned a post and

performed guard duty.  ISN 043 FM40 (February 23, 2004).

### Petitioner Stayed At A Guest House Associated With Al-Qaida And Engaged In Conduct Common Among Al-Qaida Fighters

24.



Declaration of ████ "Background Declaration – Guest Houses" (September 19, 2008).

25.   Upon arriving in Afghanistan, petitioner stayed at the apartment of ████ in a

two-story apartment building that the Taliban had bought for ████ ISN 043 FM40

(September 17, 2004).  Petitioner had observed that a large number of other men lived at various

SECRET//NOFORN

SECRET//NOFORN

apartments in the building. He stated that he was unsure if they were with the Taliban, but that

he did meet several others who had been recruited into the Taliban by  . Id.

26.

; ISN 043 FM40 (March 9, 2004); ISN 043 FM40 (March 21, 2006).

Declaration of

"Tora Bora" (September 19, 2008). For example,                    , who worked

at the Ashara guesthouse, and who was familiar with other al-Qaida guesthouses in Kabul,

observed that Arab fighters who stayed at the Azam guesthouse would leave their passports and

other belongings when they went to the front line. If they died, the documents would be

forwarded to an address in Kandahar. ISN ██ FD-302 (November 2, 2002).

27.                              (ISN ██), stated that after fighters completed their

training at the training camp al-Farouq, *see discussion infra*, they departed to a Kandahar guest

SECRET//NOFORN

house, where they would receive follow-on assignments.  ISN ███ FD-302 (April 2, 2003).[1]



28. b(1), b(2), b(6)

b(1), b(2), b(6)     b(2)     b(1), b(2), b(6)

b(1), b(2), b(6)     b(2)

b(2)

29. b(1), b(2), b(6)

b(1), b(2), b(6)

b(2)     ; ISN A2 FM40 (June 14, 2004).

**Petitioner Attended Al-Qaida Training Camps**

30.

Declaration of D3

D3   "Declaration on Terrorist Training Camps" (September 19, 2008).

Id.

_____

[1].     The author of a Department of Defense Criminal Investigation Task Force (DOD/CITF) memorandum commented in describing A6 ███ (ISN A2 ) statement with respect to another detainee that his credibility was in question with interrogators.  DOD/CITF Memorandum (May 14, 2004). b(1), b(2), b(6)
b(1), b(2), b(6)  b(1), b(5)          b(2)
b(2)

SECRET//NOFORN

31.     One Guantanamo Bay ("GTMO") detainee described the training at al-Farouq

as consisting of basic training from two to three weeks, with each cycle of training including

between 100 to 200 men. ISN███FD-302 (April 2, 2003). The cadre (military trainers)

consisted of seven to eight instructors, each of whom was a veteran of the Afghanistan-Soviet

war. Id. Training included instruction on Kalashnikov rifles, light machine guns, rocket-

propelled grenade launchers, and entrenchment techniques. Id. Similarly, another GTMO

detainee stated that al-Farouq was a basic training camp where he and others received training

with Kalashnikov rifles, AK-47 automatic weapons, 9mm handguns, and rocket-propelled

grenades, among other weapons. ISN █A2█ FM40 (March 10, 2004). ▐b(1)

▐b(1)

▐b(1)        ▐b(2)

32.     ▐A6                    (ISN▐A2▌ ) stated that petitioner attended training at

al-Farouq training camp before becoming a guard for Usama bin Laden. ISN █A2█ FM40 (June

15, 2004).

33.     ▐b(1), b(2), b(6)

▐b(1), b(2), b(6)                                    ▐b(2)

▐b(2)

34.     Petitioner also attended an advanced military training course. Variations of

petitioner's *kunya*,                    were listed on an Afghanistan-based military

training camp application that was discovered during a raid conducted by United States and

Coalition forces on an office in Kandahar, Afghanistan.                    The

SECRET//NOFORN
11

SECRET//NOFORN

application notes that petitioner arrived in Afghanistan on February 22, 2000. ███████

███████ The application also states that petitioner received seven weeks of tactical training. Id.

This document also reflects that petitioner was listed for assignment with the Khalid Bin-al-

Walid Brigade. Id., Number 12.

35. ███████████████████████████████

███████████████████████████████████

███████

## Petitioner Fought In Combat For Al-Qaida

36. ███████████████████████████████

███████████████████████████████████

███████, ISN 043 FM40 (September 17, 2004). He described Sadiq Station as an

encampment of approximately 10 to 15 Taliban fighters. ISN 043 FM40 (September 17, 2004).

37. ███████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████ However, on another occasion, petitioner asserted that during his time at Sadiq

Station, there was no fighting and he did not fire his weapon. ISN 043 FM40 (September 17,

2004). Petitioner denied that he had earlier stated that he had traveled to the front lines on a

regular basis. He asserted that after his first visit to Sadiq Station, he refused to fight and

remained in ███ apartment. Id. These contradictory statements may have been the result of

SECRET//NOFORN
12

SECRET//NOFORN

mis-communication or erroneous translation. Id. 

38.    Petitioner, under the kunya [redacted] was identified as a student in the Tactics Course who was assigned to the Khalid Bin al-Walid Brigade. [redacted]

39.    Another GTMO detainee stated that he knew petitioner from Tora Bora, and that he was a front-line fighter in Bagram. ISN [A2] FM40 (September 23, 2004). Bagram is approximately 30 miles north of Kabul. [redacted] (ISN [redacted]), who claimed to have met petitioner at Guantanamo Bay's Camp Delta, conveyed that petitioner had told him that petitioner had been a soldier with the Taliban. ISN [redacted] FD-302 (August 16, 2002).

40.    Petitioner acknowledged that he was a paid foot-soldier with the Sadiq Combat unit. ISN 043 FM40 (March 9, 2004). [redacted]

**Petitioner Served As A Bodyguard for Usama bin Laden**

41.    Usama bin Laden has traditionally been accompanied by a coterie of bodyguards and a security detail, the majority of whom hailed from Yemen, Egypt, and Saudi Arabia. [C2] [redacted] Bin Laden preferred that his bodyguards be from Yemen and Saudi Arabia. ISN [A2] FM40 (June 14, 2004).

42.    Bodyguard candidates were chosen based upon their discipline and willingness to

SECRET//NOFORN

obey orders.  Candidates were required to undergo some form of background investigation.

According to ▮A6▮ ████████████ (ISN ▮A2▮ ▮), bodyguards were required to swear *bayat* (an

oath of loyalty) to Usama bin Laden.  ISN ▮A2▮ ▮ FM40 (June 14, 2004).

     43.    Bin Laden's bodyguards regularly traveled with him and were known to be

present in the office where he held meetings.  FBIS GMP20050321000188; ▮C2▮ ███████████████

     44.    Bodyguards underwent rigorous training.  Often, the initial basic training course at

al-Farouq was used to assess candidates.  ISN ▮A2▮ ▮ FM40 (June 14, 2004).  Bodyguard

candidates who were deemed capable were often selected for additional training.  For example,

Nasir Ahmad Abdallah al-Bahri (also known as Abu Jandal), a former bodyguard, stated that he

was trained in courses on guerilla warfare tactics and mountain tactics warfare prior to his

selection.  FBIS GMP20050323000113.

     45.    Usama bin Laden's bodyguards ordinarily wore sports-vests with many

ammunition pockets and were armed with Kalashnikov rifles and grenades.  Some guards were

armed with pistols concealed under their jackets.  They communicated with each other using

radios.  Their motorcade was comprised of between five and ten Toyota four-by-four Hilux

vehicles. ▮C2▮ ████████████; ▮D2▮ ███████; ▮C2▮ ██████████; ▮C2▮ ████████████, ISN

▮A2▮ ▮ FM40 (June 14, 2004).

     46.    ▮b(1)▮ ███████████████████████████████████████████

▮b(1)▮ ████████████████; ▮b(2)▮ ████████; ▮b(2)▮ ██████; ISN 043 FM40 (March 9,

2004). ▮b(1), b(2), b(6)▮ ████████████████████████████████████

▮b(1), b(2), b(6)▮ ████████████████████████████████████████████████████████

SECRET//NOFORN

SECRET//NOFORN



; ISN A2 FM40 (June 15, 2004);

47.

On the other hand, A6

A6 stated that petitioner was a fighter, but was not a guard.  ISN A2 FM40 (June 14, 2004).

### Petitioner Was Caught Fleeing Tora Bora
### During Combat Between Al-Qaida And United States And Allied Forces

48.    Tora Bora consists of the mountain ranges of the Nangarhar Province located south of Jalalabad, AF, adjacent to the Pakistan Border.  See Map of Tora Bora Region.  On November 13, 2001, Kabul, Afghanistan, was overtaken by United States and coalition forces.  At this time, the cities of Herat, Taloqan, and Mazar-E-Sharif had already fallen, and, although al-Qaida forces had abandoned it, Taliban forces withdrew to Kandahar from the north.  On November 24, 2001, the Taliban surrendered Konduz, Afghanistan, and marshaled its forces at the Qala-I-Jangi prison fortress in Mazar-E-Sharif, per an arrangement with the Northern Alliance.  The Taliban subsequently surrendered Kandahar on December 7, 2001.  See Afghan Invasion Timeline (Timeline of United States Attack on Afghanistan), Taliban Timeline (www.infoplease.com).

49.    By mid-November, Al-Qaida forces had already begun to occupy the prepared

SECRET//NOFORN

caves of Tora Bora, Afghanistan, (Afghan Invasion Timeline (Timeline of United States Attack

on Afghanistan), Taliban Timeline (www.infoplease.com)), expecting the region to provide them

with protection similar to that enjoyed by the *mujahideen* forces during the Soviet jihad in

Afghanistan in the late 1980s. ██b(1)███████████████

██b(1)████████████████████████████

██b(1)██████████████████████ ██C2███

██C2██, see also ISN ██ ██b(2)██         ██b(1)██████

██b(1)█████████████

    50.    Usama bin Laden appointed ██C6█████████ (ISN ██C2██ as the military

commander of the Tora Bora area on November 19, 2001. ██C2████████

    51.    One GTMO detainee stated that he knew the petitioner from Tora Bora, ISN ██A2██

FM40 (September 23, 2004), ██b(1), b(6)█████████████

██b(1), b(6)████████████████████████ ██b(2)██

██b(2)████████

    52.    ██b(1)████████████████████

██b(1)███████████████████████████████████████

██b(1)████████████ ██b(2)████████████

    53.    After fleeing from Usama bin Laden's Tora Bora Mountain complex, petitioner

and the group he was traveling with turned themselves in to Pakistani Forces on December 15,

2001, while attempting to cross the Afghanistan-Pakistan border near Parachinar, Pakistan.

SECRET//NOFORN

SECRET//NOFORN

Petitioner was captured with a group of 31 other fighters.  See Map of Tora Bora Region; Map of Afghanistan-Pakistan Border; ISN█FD-302 (March 18, 2002); ISN█FD-302 (May 19, 2002).[2]

54. ██████████████████████

██████████████████ ISN█FD-302 (March 18, 2002); ISN█FD-302 (May 19, 2002);███████████████████████████

Pakistani authorities subsequently transferred petitioner to the custody of the United States at the Kandahar Detention Facility.  ISN 043 FD-302 (February 6, 2002).



55. █████████████████████

56. ██████████████

███████████████████████

██████████████ ISN 043 FD-302 (August 22, 2002);████

---

[2]    Petitioner asserted that following his capture, he was beaten by representatives of the United States and had a gun pointed at him.  ISN 043 FM40 (March 21, 2006).

SECRET//NOFORN

SECRET//NOFORN

b(2)  b(2)  b(1)

b(1)  b(2)  b(2)

ISN 043 FM40 (February 23, 2004).

## CONCLUSION

For the reasons described above, and included in the attached exhibits, petitioner is properly detained by the United States.