UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMEER NAJY HASAN MUKBEL, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civ. Action No. 05-CV-0748 (RMC) |
| GEORGE W. BUSH, President of the United States, et al., | ) ) ) ) | |
| Respondents. | ) | |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(2)

b(2)

b(2)

SUBJ: b(2) b(1) — b(1)
b(1) b(2) .77
b(2)

SERIAL: b b(2)

COUNTRY: b(2) AFGHANISTAN (AF)

IPSP: b b(2)

SUBJ: b(2) b(2)
b(2) b(2)

WARNING: b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. b(2)
----------------------------------------------------------------
DEPARTMENT OF DEFENSE
----------------------------------------------------------------
DOI: b(2) b(2)

b(2)

REQS: b b(2)

SOURCE: b(2) b(2) b(2) b(1), b(2)
b(1), b(2)

b(1), b(2)   b(1), b(5)
b(1), b(5)

SUMMARY: b(2) b(1)
b(1)

TEXT: b(2)
1. b(2) b(1)
b(1)   b(1), b(2), b(6)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)                                                b(2)

b(1), b(2), b(6)
b(1), b(2), b(6)                                    b(1), b(6)

b(2)
b(1), b(6)

2.   b(2)   b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)      b(1), b(6)
b(1), b(6)

3.   b(2)   b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)              b(1), b(6)
b(1), b(6)

4.   b(2)   b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2),   b(1), b(6)
b(1), b(6)

b(2)

5.   b(2)   b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)              b(1), b(6)
b(1), b(6)

6.   b(2)   b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(6)

7.   b(2)   b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2),   b(1), b(6)
b(1), b(6)

8.   b(2)   SOURCE IDENTIFIED SAMIR ((AL HASAN))   b(2)   /ISN

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(2)

b(2)   00043  b(1)

b(1)

9.  b(2)  b(1), b(2), b(6)

b(1), b(2), b(6)

b(1), b(6)

b(2)

1.  b(2)  b(1), b(5)

b(1), b(5)

2.  b(2)  b(2), b(3)

b(2), b(3)

b(2), b(3)

b(2)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL, )
    et al., )
     )
   Petitioners, )
     )  Civ. Action No. 05-CV-0748 (RMC)
  v. )
     )
GEORGE W. BUSH, )
  President of the United States, )
    et al., )
     )
   Respondents. )

b(2)

b(2)

b(2)

b(2), b(3)



b(2), b(3)

b(2), b(3)



b(2), b(3)



b(2), b(3)



b(2), b(3)

[REDACTED]

SUBJ: b(2)                                    b(2)          b(2)          b(2)

b(2)                                    b(2)

b(2)

-
SERIAL: b(2) b(2)

-
COUNTRY: b(2) PAKISTAN (PK): AFGHANISTAN (AF); YEMEN (YM); KUWAIT

b(2)

(KU); CUBA (CU).

-
IPSP: b(2) b(2)

-
WARNING: b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. b(2)

-------------------------------------------------------------
                DEPARTMENT OF DEFENSE
-------------------------------------------------------------

DOI: b(2) b(2)

-
REQS: b(2) b(2)

-
SOURCE: b(2)              /ISN b(2)        00043 b(2), SAMIR NAJI AL-HASAN
MOQBEL b(1)                          b(1), b(2)

b(1), b(2)

[REDACTED]

-
SUMMARY: b(2) b(1), b(6)

b(2)

b(1), b(6)

-----------------------------TEARLINE-----------------------------
TEXT:
1. ▮ SAMIR NAJI ((AL-HASAN)) MOQBEL, AKA SAMIR NAJI ((AL-HASAN)),
DATE OF BIRTH 1976 1396 (HIJRI) WAS DETAINED IN PAKISTAN THEN
TRANSFERRED TO KANDAHAR, AFGHANISTAN AND ASSIGNED ISN ▮▮▮00043▮
AL-HASAN WAS SUBSEQUENTLY TRANSFERRED TO GTMO CUBA ON 1/11/02. HE IS
ORIGINALLY FROM AL-JOMHORI HOSPITAL DISTRICT IN TA'IZ, YEMEN. HE WAS
ADVISED AS TO THE IDENTITY OF THE INTERVIEWING AGENTS AND THE PURPOSE
OF THE INTERVIEW. PRESENT DURING THE INTERVIEW, WHICH WAS CONDUCTED
IN ARABIC. AL-HASAN PROVIDED THE FOLLOWING INFORMATION:
2. ▮ AL-HASAN ADVISED THAT HE WAS IN AFGHANISTAN AS A RELIEF
WORKER FOR THE ISLAMIC RELIEF ORGANIZATION. HE RECEIVED THE POSITION
FROM KHALID ((SHEIKH)), HEAD OF THE ISLAMIC RELIEF ORGANIZATION. THE
RELIEF ORGANIZATION WAS FUNDED FROM MOSQUES IN KUWAIT. AL-HASAN
DESCRIBED KHALID SHEIKH AS KUWAITI, APPROXIMATELY 35-40 YEARS IN AGE.
AL-HASAN APPROACHED KHALID SHEIK WHILE IN YEMEN IN APPROXIMATELY 1999


PAGE 09 RUMIATF3706 S E C R E T
AND WAS ADVISED BY SHEIK THAT HE WOULD BE ABLE TO GIVE HIM
EMPLOYMENT. SHEIKH ADVISED THAT HE WOULD EMPLOY AL-HASAN TO BE A
RELIEF LABORER AND COULD PAY HIM APPROXIMATELY $200 A MONTH. AL-HASAN
HAD BEEN EMPLOYED AT THE YEMEN CORPORATION FOR THE MANUFACTURING OF
STYROFOAM AND PLASTIC IN TA'IZ, YEMEN, WHERE HE EARNED APPROXIMATELY
$50 A MONTH. AL-HASAN HAD OBSERVED SHEIKH HANDING OUT ALMS (GIVING
AID TO THE POOR).
3. ▮ A FEW MONTHS LATER, AL-HASAN BEGAN WORKING FOR SHEIKH.
AL-HASAN WAS TO DROP OFF WHEAT AND FLOUR. HE SPENT ABOUT A YEAR IN
MUZFAR OBAD KARACHI, PAKISTAN PARTICIPATING IN RELIEF WORK. AL-HASAN
ONLY WORKED WITH SHEIKH IN PAKISTAN. HE DESCRIBED HIS WORK IN
PAKISTAN AS BEING SPORADIC. HE THEN MOVED FROM PAKISTAN TO KANDAHAR,
AFGHANISTAN BECAUSE OF THE NEED IN AFGHANISTAN. PRIOR TO LEAVING
PAKISTAN FOR AFGHANISTAN, AL-HASAN WAS TOLD NOT TO COMMUNICATE WITH
OTHER ARABS IN AFGHANISTAN. ▮▮▮▮▮▮▮▮▮▮▮▮ AND
▮▮▮▮ WORKED WITH HIM IN KANDAHAR, AFGHANISTAN. ▮▮▮ IS DESCRIBED
AS ABOUT 30 YEARS OLD, KUWAITI, MARRIED AND WAS EDUCATED IN MATTERS
OF RELIGION. ▮▮▮▮ IS DESCRIBED AS BEING ABOUT 25 YEARS OLD,
KUWAITI AND RECENTLY MARRIED ABOUT FIVE MONTHS AGO IN APPROXIMATELY

DECEMBER 2001. AL-HASAN WAS IN KANDAHAR FOR APPROXIMATELY FIVE MONTHS


PAGE 10 RUMIATF3706 S E C R E T
WITH████AND███, HE THEN WENT TO KABUL TO DISTRIBUTE AID AFTER
A TASKING FROM THE SHEIKH. HE ISSUED AID IN KABUL FOR ABOUT FIVE
MONTHS.
4. ██████████████████████████████ AND AL-HASAN ALL
SHARED A HOUSE IN KABUL. ABDULLAH WOULD COME AND GO AT THE RESIDENCE.
AL-HASAN DID NOT PROVIDE ANY ADDITIONAL DESCRIPTION OF███████ IN
APPROXIMATELY EARLY DECEMBER 2001, ALL THE MEN FLED THE HOUSE AFTER
THEY HEARD GUNSHOTS OUTSIDE THE RESIDENCE. AL-HASSAN ADVISED THAT HE
LEFT HIS PASSPORT AT THE HOUSE IN KABUL. HIS PASSPORT WAS ISSUED IN
TA'IZ, YEMEN APPROXIMATELY TWO YEARS AGO. THE NAME ON THE PASSPORT
WAS SAMIR NAJI AL-HASSAN MOQBEL. HE ALSO LOST HIS YEMENI NATIONAL
IDENTIFICATION CARD BEARING THE SAME NAME. THE MEN THEN FLED TO THE
CITY OF KHOST, TAKING THE VEHICLE WITH THEM. THE VEHICLE WAS A LATE
MODEL TOYOTA COROLLA AND IT WAS LEFT IN KHOST. THEY RENTED ANOTHER
VEHICLE IN KHOST.
5. ██ HE AND THE OTHERS SPENT APPROXIMATELY 15 DAYS IN KHOST. THEY
WERE JUST HANGING OUT. AL-HASAN WENT WITH AN AFGHANI GUIDE AND SPLIT
FROM THE OTHER THREE. HE PROVIDED NO REASON WHY THE MEN SPLIT. HE
WENT TO NAJAR, PAKISTAN AND TURNED HIMSELF IN AND WAS ASKING TO BE
TAKEN TO THE YEMEN EMBASSY. THE AFGHANI GUIDE WAS FAMOUS BUT HE DID


PAGE 11 RUMIATF3706 S E C R E T
NOT KNOW HIS NAME. AL-HASAN CLAIMS HE DID NOT KNOW IF ANY OTHER
YEMENI'S WERE IN THE GROUP OF ARABS THAT WERE ARRESTED WHEN THEY
TURNED THEMSELVES IN AT THE PAKISTANI BORDER.
6. ██ AL-HASAN INDICATED HE SENT MUCH OF HIS EARNINGS BACK TO YEMEN
TO HIS FAMILY. HE WOULD SEND THE MONEY VIA KHALID SHEIK. SOMETIMES
████████████████ WOULD DELIVER THE MONEY TO KAHLID SHEIK BECAUSE
THEY TRAVELED BACK TO YEMEN MORE FREQUENTLY. AL-HASAN WOULD
OCCASIONALLY CALL HIS FAMILY TO VERIFY THEY HAD RECEIVED THE MONEY.
AL-HASAN ADVISED THAT HIS NEIGHBOR AND CHILDHOOD FRIEND WAS ████
████████ TAZ, YEMEN WITH TELEPHONE NUMBER ████████ OR ██.
██████ WOULD BE ABLE TO CONTACT AL-HASAN'S PARENTS. AL-HASAN LIVES
WITH HIS FAMILY AT AL-JOMHORI HOSPITAL DISTRICT IN TA'IZ, YEMEN.
AL-HASAN AND HIS FAMILY ATTENDED ALMUJAMA' MOSQUE IN TA'IZ.
7. ██ AL-HASAN WAS ASKED ABOUT HIS KNOWLEDGE OF THE ATTACKS ON THE

USS COLE AND 11SEP, AS WELL AS HIS KNOWLEDGE OF UBL. AL-HASAN SAID HE
HEARD ABOUT THE USS COLE AND UBL ON THE NEWS. ▇▇▇ HEARD ABOUT
THE 11SEP ATTACKS ON THE U.S. ON THE NEWS AND TOLD AL-HASAN ABOUT IT.
AL-HASAN CLAIMS TO HAVE NO PERSONAL KNOWLEDGE OTHER THAN WHAT HE HAD
SEEN IN THE MEDIA OR BEEN TOLD BY ▇▇▇
AL-HASAN WAS ASKED ABOUT HIS KNOWLEDGE OF AL-WAFA. HE INDICATED THE
FINAL SECTION OF 02
QQQQ
SUBJ: ▇▇▇ DRAGON TOWER FD-302 FOR GTMO-0019; NGO
ONLY KNOWLEDGE OF IT HE HAD WAS OCCASIONALLY PEOPLE WOULD COME TO THE
ISLAMIC RELIEF OFFICE THINKING THEY WERE CONNECTED TO AL-WAFA.
AL-HASAN STATED HE HAS NO OTHER KNOWLEDGE OF AL-WAFA.
8. ▇ AL-HASAN DENIES HAVING ANY ASSOCIATION WITH AL QAIDA OR UBL.
HE DENIES FIGHTING IN AFGHANISTAN, STATING HIS ONLY PURPOSE FOR BEING
THERE WAS TO ISSUE AID.
9. ▇ AL-HASAN CONSENTED TO UNDERGO A POLYGRAPH EXAMINATION.


PAGE 07 RUMIATF3707 S E C R E T
----------------------------TEARLINE----------------------------



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,  )
             et al.,  )
               )
        Petitioners,  )
               )    Civ. Action No. 05-CV-0748 (RMC)
    v.  )
               )
GEORGE W. BUSH,  )
    President of the United States,  )
             et al.,  )
               )
        Respondents.  )

b(2)

b(2)

███ b(2) ██████████████████████

SERIAL: b(2) ██████████████████

COUNTRY: b(2) AFGHANISTAN (AF); YEMEN (YM).

IPSP: b █ b(2) ████████████████████

SUBJ: b(2) ██████████████████ b(2) █████████████████████
b(2) ███████████████████████ b(2) ██

WARNING: b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
b(2) ████████████████████████████

-----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
-----------------------------------------------------------------

DOI: b(2) b(2) ██████████

REQS: b █ b(2) ███████████████████████████████████████████████
b(2) ████████████

SOURCE: b(2) ██████ //ISN b(2) ████ 000043 b █ / b(1), b(2)
b(1), b(2) ███████████████████████████████████████████ b(1), b(5)
b(1), b(5) ███████

SUMMARY: b(2) ██████████ b(1), b(6)
b(1), b(6) ████████████████████████████████████████████

TEXT: 1. b(2) ██████████ b(1), b(6) ████████████████████
b(1), b(6) ████████████████████████████████████████████████
████████████████████████████████████████████████████████

2. b(2) ██████████ b(1), b(6) ██████████████████████
b(1), b(6) ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
b(1), b(6) ██████████████████████████████ b(1) ████████
b(1) ████████████████████████████ b(1), b(6) ██████████
b(1), b(6) ████

UNCLASSIFIED//FOR PUBLIC RELEASE



b(1), b(6)
b(1), b(6)
b(1), b(5)
b(1), b(5)  b(1), b(6)
b(1), b(6)

b(1), b(5)

3.  b(2)    b(1), b(6)

b(1), b(6)
b(1), b(6)    b(1), b(5)
b(1), b(5)

b(1), b(5)    b(1), b(6)
b(1), b(6)

4.  b(2)    b(1), b(6)
b(1), b(6)

COMMENTS:  1.  b(2)    b(1), b(2), b(5)
b(1), b(2), b(5)

2.  b(2)    b(2)
3.  b(2)    b(2)
b(2)

4.  b(2)    b(2), b(3)
b(2), b(3)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,
     et al.,

    Petitioners,

  v.

GEORGE W. BUSH,
  President of the United States,
     et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Civ. Action No. 05-CV-0748 (RMC)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

████████ b(2) ████████

SERIAL:  ▊b  ▊b(2)████████

COUNTRY:  ▊b▊  AFGHANISTAN (AF); PAKISTAN (PK); YEMEN (YM).

IPSP:  ▊b  ▊b(2)████████

SUBJ:  ▊b(2)████████                    ▊b(1), b(2)████
b(1), b(2)████████              ▊b(2)████

WARNING:  ▊b▊  THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
b(2)████████                      ▊.

-----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
-----------------------------------------------------------------
DOI:  ▊b(2)▊ b(2)████

REQS:  ▊b  ▊b(2)████████
b(2)████████

SOURCE:  ▊b(2)▊     //ISN▊b(2)█  000043▊b █/b(1), b(2)████
b(1), b(2)                                              ▊b(1), b(5)
b(1), b(5)

SUMMARY:  ▊b(2)████  ▊b(1)████
b(1)████████████████████

TEXT: 1.  ▊b(2)████  ▊b(1)████
b(1)████████████████████
████████████████████████

     2.  ▊b(2)██  ▊b(1)██
b(1)████████████
b(1), b(5)████████████  ▊b▊
b(1)████████████

▊b(1), b(6)████████

b(1), b(6)████████        ▊b(1), b(5)
b(1), b(5)████  ▊b(3)████████  ▊b(1), b(6)██
b(1), b(6)████████

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMEER NAJY HASAN MUKBEL, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | Civ. Action No. 05-CV-0748 (RMC) |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, President of the United States, et al., | ) | |
| | ) | |
| Respondents. | ) | |

b(2)

b(2)

n

b(2) ████████████████

SERIAL:  b  b(2) ████████████

COUNTRY:  b(2) AFGHANISTAN (AF); KUWAIT (KU); PAKISTAN (PK); SAUDI ARABIA
(SA); YEMEN (YM); UNITED ARAB EMIRATES (AE).

IPSP:  b  b(2) ████████████

SUBJ:  b(2) ████          b(1), b(2) ████████████████
b(1), b(2) ████████████████████████████████

b(1), b(2) ████████        b(2) ████████

WARNING:  b ██  THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE.  b(2) ████████████████████████

-------------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
-------------------------------------------------------------------

DOI:  b ██  b(2) ████████████

REQS:  b(2) ████████████████████████████████████
b(2) ████████

SOURCE:  b(2) ████  /  b(2) ████████████  /  b(1), b(6) ████
b(1), b(6) ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
b(1), b(5) ████████████████████████

SUMMARY:  b(2) ████    b(1) ████
b(1) ████████████████████████████████████
████████████████████████████████
b(2) ████
                                    b(2) ████████████

--------------------------TEARLINE--------------------------------
----
--

TEXT: 1.  ████  DETAINEE IDENTIFIED A006B AND A006C (FIELD COMMENT: SEE
ENCLOSURE ONE) AS A PERSON KNOWN TO HIM AS ████████████.  (FIELD
COMMENT: ████████ TRUE NAME IDENTIFIED AS ████████████████).
████████
AND TWO OTHER INDIVIDUALS KNOWN TO HIM AS ████████ FROM SAUDI ARABIA AND
████████

FROM YEMEN WERE ALL ON THE SAME FLIGHT THAT WENT FROM YEMEN TO DUBAI, UNITED
ARAB EMIRATES TO KARACHI, PAKISTAN.  DETAINEE AND THE OTHER THREE TRAVELERS
WITH HIM WERE ALL GOING TO AFGHANISTAN TO FIGHT IN THE JIHAD. ███ HAD
FOUGHT IN THE PREVIOUS AFGHAN JIHAD AGAINST THE FORMER SOVIET UNION.
DETAINEE LATER SAW ███ AT THE AZAM ARAB GUEST HOUSE RUN BY ███
███ IN KABUL, AF AND AT THE ARAB GUEST HOUSE ON NAZIR AKBAR KALIM
IN
KABUL, AF, WHICH WAS RUN MY ███████ .  THE GUEST HOUSE ON
NAZIR WAS A TWO-STORY BUILDING AND THE FIGHTER'S WOMEN LIVED ON THE SECOND
FLOOR. ███ WOULD ORGANIZE PEOPLE COMING TO AND FROM THE FRONT
LINES.
2. ██ THE NEBRAS ARAB GUEST HOUSE IN KANDAHAR WAS RUN BY ███, A SAUDI
NATIONAL, WITH THE DAY-TO-DAY OPERATIONS HANDLED BY A KUWAITI, A YEMENI, AND
A SAUDI.  THIS GUEST HOUSE WAS USED BY FIGHTERS HEADING TO THE AL FAROUQ
TRAINING CAMP AND BY USAMA BIN LADEN (UBL).  ARABS BOUND FOR TRAINING AT AL
FAROUQ WOULD GATHER AT NEBRAS UNTIL ABOUT 25-30 WERE IN THE GROUP AND THEN
THEY WERE TRANSPORTED TO AL FAROUQ.  UBL WOULD COME TO NEBRAS TO GREET THE
FIGHTERS BEFORE THEY WENT TO TRAINING.  AT NEBRAS, PASSPORTS, MONEY, TICKETS
AND OTHER IMPORTANT DOCUMENTS WERE TAKEN FROM EACH PERSON.  ALL THE ITEMS
WERE PUT INTO AN INDIVIDUAL "SAFE" BOX AND A NUMBER WAS WRITTEN ON THE BOX.
DETAINEE SAW ███ WRITE THE BOX NUMBERS NEXT TO THE KUNYA IN A BOOK.
DETAINEE'S NUMBER WAS 152.  THE BOXES WERE THEN TAKEN TO A HOUSE NEAR THE
AIRPORT FOR SAFEKEEPING. A FIGHTER WOULD PICK OR WOULD BE GIVEN A KUNYA (AN
ALIAS), WHICH THEY WOULD USE FROM THAT POINT FORWARD.  DETAINEE GAVE HIMSELF
THE KUNYA ███ .  AT NO TIME WHILE IN AFGHANISTAN DID DETAINEE EVER PAY
FOR LODGINGS AT AN ARAB GUEST HOUSE.
3. ██ THE FIRST TIME THAT DETAINEE MET UBL WAS AT NEBRAS.  ALSO PRESENT ON
THAT OCCASION WAS █████████ ), A SAUDI; ██████████ ), A YEMENI;
██████ (PHONETIC), A YEMENI.  UBL'S ARRIVAL AT THE GUEST HOUSE
WAS A
SURPRISE.  HE ARRIVED ACCOMPANIED BY GUARDS.  ACCORDING TO THE WORKERS AT THE
GUEST HOUSE THE TWO PAKISTANI MEN WITH HIM WERE "HIGH RANKING" BECAUSE THEY
HAD COME TO DO IMPORTANT WORK. DETAINEE COULD NOT PROVIDE ANY ADDITIONAL
INFORMATION AS TO THE IDENTITY OF THE PAKISTANI'S OR THEIR IMPORTANT WORK.
EVERYONE ATE LUNCH TOGETHER, THEN UBL ASKED EVERYONE THEIR NAMES AND WHERE
THEY CAME FROM.

4. ▮▮ UBL THEN ADDRESSED THE ENTIRE GROUP AS A WHOLE AND SPOKE TO THEM TO
GIVE THEM ENCOURAGEMENT AND ENTHUSIASM.  HE SPOKE ABOUT THE BATTLE OF JAJI
THAT HE HAD BEEN INVOLVED IN DURING THE AFGHANI JIHAD AGAINST THE FORMER
SOVIET UNION.  DURING THAT BATTLE, UBL EXPLAINED THAT HE WAS THE EMIR IN
CHARGE OF 70 FIGHTERS WHO WERE ATTACKED BY THE SOVIET ARMY USING TANKS AND
ARTILLERY.  DURING THE COURSE OF THE 15-DAY BATTLE, UBL RECEIVED 600
REINFORCEMENTS AND EVENTUALLY FORCED THE SOVIETS TO RETREAT.  UBL EMPHASIZED
THAT WITH PATIENCE, ZEALOUSNESS AND ENDURANCE THEY WOULD ALWAYS WIN.  HE DID
NOT RECALL UBL MENTIONING WHO THE NEW ENEMY WAS, BUT ASSUMED THAT IT WAS THE
NORTHERN ALLIANCE (NA) SINCE THE WORKERS AT THE GUEST HOUSE HAD SPOKEN OF THEM.
5. ▮▮ DETAINEE IDENTIFIED FELLOW DETAINEES WITH THE FOLLOWING INFORMATION:
5.A. (U) ISN ▮▮▮▮▮▮▮▮ WAS AT AL FAROUQ, ARAB GUEST HOUSE IN KABUL AND
AT TORA BORA, WHERE ARAB FIGHTERS WERE ORDERED TO ASSEMBLE AFTER AMERICAN
BOMBINGS BEGAN.
5.B. ▮ ISN ▮▮▮▮▮▮▮ ASSEMBLED AND SIGHTED ANTI-AIRCRAFT (AA) GUNS,
ACTED AS A UBL GUARD.
5.C. ▮▮▮▮▮▮▮▮ WAS A FIGHTER AT TORA BORA.
5.D. ▮▮▮▮▮▮▮▮ WAS AT TORA BORA AND WAS A UBL GUARD.
5.E. ▮▮▮▮▮▮▮▮ WAS THE EMIR OF A GROUP OF 10-15 FIGHTER GUARDING
A RIVER CROSSING LEADING THE TORA BORA CAMP.
5.F. ▮▮▮▮▮▮▮ WAS AT TORA BORA DIGGING BUNKERS AND CAVES.
5.G. ▮▮▮▮▮▮▮ WAS AT THE ARAB GUEST HOUSE IN KABUL THEN MOVED
BY PICK UP TRUCK TO KAHOJAGAR, AF.
5.H. ▮▮▮▮▮▮ WAS AT A HOUSE TOLOQUAN ALONG WITH ISN ▮▮▮▮▮
▮▮▮▮▮ AND A ONE LEGGED MAN.  THE HOUSE HAD TWO LARGE ROOMS AND A HALL.
5.I. ▮▮▮▮▮▮ WAS A MEDIC TRAINED BY A DOCTOR, WHO USED
ANESTHESIA.  HE WAS SEEN    AT TOLOQUAN AND TORA BORA.
5.J. ▮▮ ▮▮▮▮▮▮ WAS AT THE NEBRAS GUEST HOUSE IN KANDAHAR, AL
FAROUQ, KABUL AND TORA BORA.
5.K. ▮▮▮▮▮▮ WAS IN JALALABAD AND TORA BORA.
5.L. ▮▮▮▮▮▮ CAME TO AFGHANISTAN FROM YEMEN WITH DETAINEE.
5.M. ▮▮▮▮▮▮ WAS A MOROCCAN AT AL FAROUQ AND AT THE HAJI
HABISH ARAB GUEST HOUSE IN KANDAHAR, WHERE TRAINED FIGHTERS WERE HOUSED. ISN
▮▮▮▮▮▮ AND ▮▮▮▮▮▮▮▮ WERE IN CHARGE OF WEAPONS AT AL
FAROUQ AND TORA BORA.
5.N. ▮▮▮▮▮▮▮▮ DP IS THE BROTHER OF AN AL FAROUQ TRAINER WHO
TAUGHT HOW TO USE FIREARMS (AK-47, PISTOLS) AND EXPLOSIVES.
5.O. ▮▮▮▮▮▮ WAS AT AL FAROUQ, KABUL, AND AT TORA BORA.
5.P. ▮▮▮▮▮▮ WAS AT NEBRAS, AL FAROUQ AND TORA BORA.

5.Q.  ███  ISN ████████████  WAS A YEMENI FROM SAUDI ARABIA WHO WAS AT
TORA
BORA AND AT BAGRAM.
6.  ███  DETAINEE EXPLAINED THAT AFTER TAKING BASIC TRAINING AT AL FAROUQ,
FIGHTERS WERE DIVIDED INTO TWO GROUPS.  ONE GROUP WOULD GO TO KABUL THEN
ON
TO KHOST, WHILE THE SECOND GROUP WOULD GO TO TORKHOM (CNA).  SOME
FIGHTERS
RECEIVED ADDITIONAL TRAINING WITH ROCKET PROPELLED GRENADES.
7.  ███  DETAINEE DESCRIBES ██████████████  AS A YEMENI WHO WAS A
MILITARY
LEADER FAMILIAR WITH THE OPERATION OF THE SAM-7 MISSILE SYSTEM AT
TOLOQUAN.
████████  LATER TRAVELED WITH HIM FROM TOLOQUAN TO KABUL, THEN ON TO TORA
BORA.  ████████  WAS ALSO IN TORA BORA BEFORE HE WAS ARRESTED IN PAKISTAN
WITH
████████.  ████████████  ANOTHER COMPANION, SUPPOSEDLY MADE
IT
BACK TO KUWAIT.  (DETAINEE COMMENT: HE HAD HEARD THAT ██████ AND ██████
WERE DETAINED IN GUANTANAMO, BUT HAS YET TO SEE THEM.)

-----------------------------------TEAR LINE-----------------------------------
----
---

COMMENTS:  1.  b(2) b(2)
b(2)



2.  b(2) b(2)
3.  b(2) b(2)
b(2)





4.  b(2) b(2), b(3)
b(2), b(3)



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,  )
               et al.,  )
                      )
          Petitioners,  )
                      )     Civ. Action No. 05-CV-0748 (RMC)
    v.              )
                      )
GEORGE W. BUSH,  )
  President of the United States,  )
               et al.,  )
                      )
         Respondents.  )

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

b(2), b(3)

b(2), b(3)

DMO Exhibit 18
Page 1 of 4

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)
b(3)

SUBJ: b(2)                          b(2)
b(2)                        b(2)
b(2)
SERIAL: b    b(2)
COUNTRY: b    AFGHANISTAN (AF).
IPSP: b   b(2)
SUBJ: b(2)                          b(2)
b(2)                        b(2)
WARNING: b   THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. b(2)
---------------------------------------------------
DEPARTMENT OF DEFENSE
---------------------------------------------------

DMO Exhibit 18
Page 2 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE



DOI: b  b(2)
REQS: b  b(2)
b(2)
SOURCE: b(2)  b(2)  b(1), b(2)
b(1), b(2)
b(1), b(2)  b(1), b(5)

SUMMARY: b(2)  b(1), b(2)
b(1), b(2)
b(1), b(2)  b(1), b(6)

TEXT: 1. b(2)  b(1)
b(1)  b(2)  b(1)
b(1)

3. b(2)  b(1)
b(1)

4. b(2)  b(1)
b(1)

5. b(2)  b(1)
b(1)

6. b(2)  b(1), b(6)
b(1), b(6)

b(2)  b  b(2)
2. b  b(2)
3. b  b(2), b(3)
b(2), b(3)

DMO Exhibit 18
Page 3 of 4

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



DMO Exhibit 18.
Page 4 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,   )
                  et al.,   )
                           )
         Petitioners,   )
                           )      Civ. Action No. 05-CV-0748 (RMC)
      v.   )
                           )
GEORGE W. BUSH,   )
   President of the United States,   )
                  et al.,   )
                           )
        Respondents.   )

b(2)

b(2)

II



b(2)

SERIAL:  b  b(2)

COUNTRY:  b(2)  AFGHANISTAN (AF); PAKISTAN (PK); YEMEN (YM).

IPSP:  b  b(2)

SUBJ:  b(2)  b(2)  _  b(1), b(2)
b(1), b(2)  b(2)

WARNING:  b  THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
b(2)
------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
------------------------------------------------------------
DOI:  b(2) b(2)

REQS:  b  b(2)

SOURCE:  b(2)  //b(2)  //b(1), b(6)
b(1), b(6)
b(1), b(6)  b(1), b(5)  b(1), b(2)
b(1), b(2)

SUMMARY:  b(2)  b(1)
b(1)  )(2)
b(2)  b(2)

TEXT:  1.  b(2)  b(2)
b(2)
b(2)
2.  b(2)  b(1), b(6)
b(1), b(6)

3.  b(2)  b(1), b(6)
b(1), b(6)

b(1), b(6)  b(1)
4.  b(2)  b(1) b(6)
b(1), b(6)
b(1), b(2)
b(1), b(2)  b(1) b(6)
b(1), b(6)



b(2)

DECLASSIFIED FOR PUBLIC RELEASE
By AE on 18 November 2008

███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,                )
                            et al.,                )
                                                   )
                        Petitioners,               )
                                                   )        Civ. Action No. 05-CV-0748 (RMC)
            v.                                     )
                                                   )
GEORGE W. BUSH,                                    )
        President of the United States,            )
                            et al.,                )
                                                   )
                        Respondents.               )

███████████

███████████

n

DECLASSIFIED FOR PUBLIC RELEASE
By AE on 18 November 2008



COUNTRY: ███ AFGHANISTAN (AF), PALESTINE (IS), CHECHNYA (RS).

—

—

SUBJ: ████████████████ SECURITY MEASURES UTILIZED
BY USAMA BIN ((LADEN)) SECURITY PERSONNEL ███

—

III/1,2
380-14
—

----------------------------------------------------------------

DEPARTMENT OF DEFENSE

----------------------------------------------------------------

—

DOI: ███ 20010000.

—

SOURCE: ███ ████████████ A 32 YEAR OLD MAURITANIAN
NATIONAL WHO WORKED AT A SCHOOL IN KANDAHAR

DECLASSIFIED FOR PUBLIC RELEASE
By AE on 18 November 2008

██████████████████████ AFGHANISTAN (AF) BETWEEN 2000-2001.

RELIABILITY HAS NOT BEEN DETERMINED.

-

SUMMARY: ███ SECURITY PRECAUTIONS UTILIZED PRIOR TO AND DURING A

VISIT BY USAMA BIN ((LADEN)) TO THE ARABIC STUDIES INSTITUTE IN

KANDAHAR, AFGHANISTAN (AF), IN 2001.

-

TEXT: 1. ███ ABU HAFS ISLAMIC STUDIES INSTITUTE VISIT. BETWEEN

FEBRUARY 2000 TO 2001 USAMA BIN ((LADEN)) (UBL) VISITED THE ABU HAFS

ISLAMIC STUDIES INSTITUTE IN KANDAHAR ██████████████████████

AFGHANISTAN (AF) ON THREE OCCASIONS.                          III/1,2
                                                              380-14

2. ███ SECURITY SWEEP. TEN TO FIFTEEN MINUTES PRIOR TO UBL ARRIVING AT

THE ABU HAFS ISLAMIC STUDIES INSTITUTE, THE DESIGNATED SECURITY PERSONNEL

CONDUCTED A COMPLETE SECURITY CHECK OF THE INSTITUTE. UPON ARRIVAL, UBL

MET WITH ████████ AND OTHER OFFICIALS (NFI). DURING THE MEETING, THE NOON

MEAL WAS PREPARED IN ANOTHER ROOM. THE SECURITY PERSONNEL OVERSAW THE

FOOD PREPARATION TO ENSURE THE OVERALL SAFETY OF UBL.


3. ███ EVENTS AT THE MEAL. ALL PERSONNEL ATTENDING THE NOON MEAL,

EXCEPT FOR THE TRUSTED OFFICIALS, WERE GIVEN A PAT-DOWN SECURITY CHECK

BEFORE ENTERING THE ROOM AND SITTING ON THE FLOOR IN NO SPECIFIC SEATING

ARRANGEMENT. DESIGNATED SECURITY PERSONNEL WERE PLACED AT THE ENTRANCE OF

THE INSTITUTE TO ENSURE ACCESS WAS ONLY GRANTED TO AUTHORIZED PERSONNEL.

THE MEAL INCLUDED SALAD, FRUIT AND RED TEA (SOURCE COMMENT - IT IS HIS

FAVORITE KIND OF TEA). FOLLOWING THE MEAL, UBL ADDRESSED THE ATTENDEES.

DECLASSIFIED FOR PUBLIC RELEASE
By AE on 18 November 2008

INITIALLY UBL STRESSED THE IMPORTANCE OF EDUCATION AND IMPLIED PERSONAL

CONCERN REGARDING THE MUSLIM SITUATION IN CHECHNYA, PALESTINE, AND OTHER

AREAS WHERE MUSLIMS WERE BEING OPPRESSED.  UBL SAID THERE WHERE TWO WAYS

TO ASSIST THESE FELLOW MUSLIMS.  ONE WAY WAS TO PROVIDE FINANCIAL

ASSISTANCE AND THE SECOND WAY WAS TO VOLUNTEER AS FIGHTERS AND COME TO THE

AID OF THESE OPPRESSED MUSLIMS.

4.    ███    SECURITY PERSONNEL COMPOSITION.  THE SECURITY ENTOURAGE

FOR UBL WAS COMPOSED OF ABOUT 30-40 PERSONNEL.  THE NUMBER OF

GUARDS ACCOMPANYING UBL DEPENDED ON THE OCCASION AND THE LOCATION.

III/1,2
380-14

SECURITY PERSONNEL DRESSED IN TYPICAL AFGHAN ATTIRE, WORE SPORTS-

VESTS WITH MANY AMMUNITION POCKETS AND WERE ARMED WITH KALASHNIKOV

RIFLES.  SOME GUARDS WERE ARMED WITH PISTOLS CONCEALED UNDER THEIR

JACKETS.  THE SECURITY PERSONNEL COMMUNICATED WITH EACH OTHER USING

ICOM, KENWOOD, AND YAESU RADIOS.  THE MOTORCADE WAS COMPRISED OF

FIVE TO SIX TOYOTA 4X4 HILUX VEHICLES.



DECLASSIFIED FOR PUBLIC RELEASE
By AE on 18 November 2008

III/1,2
380-14

For Public Release

███████████

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,                )
                            et al.,       )
                                          )
                  Petitioners,       )
                                          )     Civ. Action No. 05-CV-0748 (RMC)
         v.                                 )
                                          )
GEORGE W. BUSH,                          )
    President of the United States,        )
                       et al.,       )
                                            )
                  Respondents.       )

███████████

SERIAL: ███████
PASS: ████████
COUNTRY: ████ AFGHANISTAN (AF).
SUBJ: ███████████████ -- OBSERVATIONS ABOUT USAMA BIN
LADEN DURING HIS VISITS TO THE AL-FAROOQ TRAINING CAMP IN MID TO

LATE JULY 2001 ███████████████

DEPARTMENT OF DEFENSE
--------------------------------------------------
DOI: ████ 20010731.
SOURCE: ████████████ A MEMBER OF THE ARAB GROUP OF
VOLUNTEERS (AKA AL ANSAR) WHO FOUGHT WITH THE TALIBAN IN
AFGHANISTAN, TRAINED AT THE AL-FAROOQ TRAINING CAMP IN
AFGHANISTAN.
(SOURCE PREVIOUSLY REPORTED AS ████████████ SOURCE
RELIABILITY HAS NOT YET BEEN DETERMINED.
SUMMARY: ██████ A MEMBER OF AL-ANSAR TRAINED FOR SEVEN WEEKS
AT THE
AL FAROOQ TRAINING CAMP LOCATED IN AFGHANISTAN. THE TRAINING
COMMENCED IN LATE JUNE AND ENDED IN MID AUGUST 2001. USAMA BIN
LADEN VISITED THE CAMP ON AT LEAST THREE OCCASIONS IN MID TO
LATE
JULY.
TEXT: 1. ████ BACKGROUND. USAMA ((BIN LADEN)) VISITED THE AL
FAROOQ TRAINING CAMP AT LEAST THREE TIMES DURING A TWO-WEEK
PERIOD

FROM MID TO LATE JULY 2001. THE PURPOSE OF THE VISITS WAS TO
ADDRESS THE APPROXIMATELY 150 TRAINEES IN THE CAMP. SOME
TRAINEES
TOOK ADVANTAGE OF AN OPPORTUNITY TO MEET WITH BIN LADEN
PRIVATELY IN

GROUPS OF FIVE.
2. ████ SPEECHES. (SOURCE COMMENT-- I DO NOT HAVE A CLEAR
MEMORY OF THE BIN LADEN SPEECHES BECAUSE I WAS VERY TIRED
FROM THE
TRAINING AND BECAUSE HE (BIN LADEN) SPOKE IN SUCH A LOW, DULL
VOICE.) BIN LADEN SHOWED NO EMOTION DURING THE SPEECHES, NOT
ONCE
RAISING HIS VOICE OR SMILING. HE SWEATED HEAVILY AND SIPPED VERY
OFTEN FROM A CUP OF WATER. IT WAS RUMORED AMONG THE TRAINEES
THAT
BIN LADEN SUFFERED FROM AN "ORGAN DISEASE." (NFI) (FIELD
COMMENT--
SOURCE'S PERSONAL OPINION WAS THAT DISEASE COULD BE KIDNEY
RELATED.)
3. ████ PRIVATE MEETING. AT THE CONCLUSION OF ONE OF THE BIN
LADEN SPEECHES, AN OFFER WAS EXTENDED TO THE TRAINEES TO MEET
SEPARATELY WITH BIN LADEN. (SOURCE COMMENT-- THIS OFFER CAME
ON A
FRIDAY, OUR ONLY DAY OFF FROM TRAINING. I HAD NOTHING ELSE TO DO
SO
I DECIDED TO ACCEPT THE OFFER. APPROXIMATELY 40-50 OTHER
TRAINEES
ALSO ACCEPTED THE OFFER.) THE TRAINEES WERE DIVIDED INTO GROUPS
OF
FIVE. BIN LADEN WAITED IN A SMALL BUILDING (FIELD COMMENT-
SOURCE
DESCRIBED IT AS A SHACK. AS A STIPULATION TO MEETING BIN LADEN,
THE


████████████████████

TRAINEES WERE ASKED BY BIN LADEN TO PLEDGE TO PARTICIPATE IN
JIHAD.
(SOURCE COMMENT-- I VAGUELY REMEMBER HAVING TO SIGN
SOMETHING. I DO
NOT REMEMBER IF IT WAS SOME SORT OF REGISTRATION OR A SIGNED
PROMISE
TO PARTICIPATE IN JIHAD.) BEFORE ENTERING THE BUILDING WHERE BIN
LADEN WAITED, EACH TRAINEE WAS CURSORILY CHECKED FOR WEAPONS
BY
TRAINING CAMP PERSONNEL. (SOURCE COMMENT-- I HAD PREVIOUSLY
BEEN
TOLD TO TELL ANYONE WHO ASKED THAT I WAS FROM IRELAND. WHEN
WE MET
BIN LADEN AND HE ASKED WHERE I WAS FROM I TOLD HIM IRELAND. I

DID
NOT REALLY KNOW WHO HE WAS AND DID NOT FEEL ANY SPECIAL
OBLIGATION
TO BE TRUTHFUL WITH HIM.) BIN LADEN MADE HIMSELF AVAILABLE TO
EACH
GROUP FOR APPROXIMATELY FIVE MINUTES.
4. ▮▮▮▮ BIN LADEN BODYGUARDS. BIN LADEN WAS ACCOMPANIED AT
ALL
TIMES BY SIX BODYGUARDS WHO APPEARED TO BE YEMENI BASED ON
CLOTHING
AND PHYSICAL APPEARANCE. EACH GUARD WAS EQUIPPED WITH
GRENADES, AN
AK-47 AND "MANY" MAGAZINES. DURING THE SPEECHES, THE BODY
GUARDS
STOOD BEHIND BIN LADEN. THEY WERE NOT IN THE BUILDING WITH BIN
LADEN DURING THE PRIVATE MEETINGS, BUT WERE POSTED ON THE
OUTSIDE OF
THE BUILDING. (SOURCE COMMENT-- AGAIN MORE LIKE A SHACK.)





SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL, )
　　　　　　　　et al., )
　　　　　　　　　　　)
　　　　　Petitioners, )
　　　　　　　　　　　)  Civ. Action No. 05-CV-0748 (RMC)
　　v. )
　　　　　　　　　　　)
GEORGE W. BUSH, )
　　President of the United States, )
　　　　　　　　et al., )
　　　　　　　　　　　)
　　　　　Respondents. )

FBIS GMP20050321000188

SECRET//NOFORN

GMP20050321000188.txt
Bin Ladin 'Bodyguard' Details Al-Qa'ida's Time in Sudan, Move to
AfghanistanUnclassified


Document ID: GMP20050321000188
Content Type: Translation/Transcription
Version Number: 01
Region: Asia, Africa, Middle East, Americas
Sub-Region: South Asia, North Africa, East Africa, Central Africa, Middle East,
North Americas
Country: Afghanistan, Egypt, Pakistan, Saudi Arabia, Somalia, Sudan, United
States, Yemen
Topic: INTERNATIONAL POLITICAL, LEADER, TERRORISM
Source-Date: 03/21/2005
Bin Ladin 'Bodyguard' Details Al-Qa'ida's Time in Sudan, Move to Afghanistan
GMP20050321000188 London Al-Quds al-Arabi in Arabic 21 Mar 05 p 19
Reference:
    Former Bin Ladin 'Bodyguard' Discusses Al-Qa'ida Training Methods, 'Libraries'
    GMP20050323000113 London Al-Quds al-Arabi Arabic 0000 GMT 23 Mar 05
    Bodyguard Interviewed on First Meeting With Bin-Ladin, Al-Qa'ida Beginnings
    GMP20050322000056 London Al-Quds al-Arabi Arabic 0000 GMT 22 Mar 05
    Former Bin Ladin 'Bodyguard' Discusses 'Jihad' in Bosnia, Somalia, Later Stage
    GMP20050321000187 London Al-Quds al-Arabi Arabic 0000 GMT 19 Mar 05
    Bin Ladin Guard Interviewed on Saudi 'Coup' Against Salafi Youth, Al-Qa'ida
    GMP20050318000153 London Al-Quds al-Arabi Arabic 0000 GMT 18 Mar 05
[Part 3 of a series of interviews with Nasir Ahmad Nasir al-Bahri (Abu-Jandal),
formerly the "bodyguard" of Al-Qa'ida leader Usama Bin Ladin, by Khalid
al-Hamadi in Sanaa; date not given: "Al-Qa'ida From the Inside, as Narrated by
Abu-Jandal (Nasir al-Bahari), Bin Ladin's Bodyguard (3); US Embassies in East
Africa Targeted Because of Their Role in Fueling Ethnic War in Rwanda and
Burundi; Al-Qa'ida Participated in Warfare in Southern Sudan; Attack on
Mubarak's Life Was Among Training Material in Afghanistan" ]
[FBIS Translated Text]

    After the events of 11 September 2001, a lot was written in several
languages about the Al-Qa'ida movement, headed by Usama Bin Ladin. But they were
all written from outside the movement and were just journalistic endeavors, or
they relied on intelligence reports, which sometimes were correct, but which
were often wrong.

    That was why Al-Quds al-Arabi newspaper has tried to stand out and approach
this issue by publishing this long series of the memoirs and diaries of Bin
Ladin's bodyguard, known by the name of Abu-Jandal, although his official name
is Nasir al-Bahari. Through him, we tried to open locked doors and visit the
forbidden kingdom of Al-Qa'ida, diving into its depths through one of the most
important elements, who has a wealth of information and knowledge about the
movement and its composition.

    Abu-Jandal is a bright young scholar, an excellent talker and quick-witted.
He amazes you with his strong arguments whenever you try to beleaguer him with
questions. He has a strong memory and strong muscles, which may be why he was
chosen to guard Usama Bin Ladin, and not out of mere coincidence.

    He returned from Afghanistan to Yemen just two months before the bombing of
the American destroyer "Cole" in the port of Eden in 2000. Subsequent to that,
he was arrested and spent 22 months in Yemeni prisons, including 13 months in
solitary confinement.

    Currently, he is a free man in his homeland, Yemen, specifically in the
capital, Sanaa. He leads a normal life, roams the streets freely, and practices
his chosen profession. But he might not be free from the eyes of local and
outside monitors, because he lives under house arrest in the capital Sanaa. He

GMP20050321000188.txt
is not allowed to move or live in any other parts of Yemen, and his
communications are under constant surveillance.

After several attempts over six months to open those files, which were
always refused by security agencies, which sometimes agreed and then refused, we
finally were able to grab the chance to conduct this series, which takes the
reader to the world of Al-Qa'ida and its leader and founder, Usama Bin Ladin.
They start with his religious upbringing and environment in Saudi Arabia, then
his time in Sudan, the movement's activities in Africa, and end with his
personal life and the life of the movement's members in Afghanistan. This is
where the movement and its leader have settled down to this day. They used this
area as the starting point to execute the most prominent and dangerous
nongovernmental military operations, which the United States calls "terrorism"
and Al-Qa'ida calls "jihad" and which represent an important turn in
international politics.

In this episode, Abu-Jandal will talk about the nature of Usama Bin Ladin's
time in Sudan with his close followers and about the level of the movement's
penetration into the depths of Africa.

In Sudan

[Al-Hamadi] Let us move to Sudan. How and why did Usama Bin Ladin decide to
leave his homeland of Saudi Arabia for Sudan?

[Al-Bahri] In reality, Shaykh Usama Bin Ladin's departure from Saudi Arabia
was not direct. He left Saudi Arabia for Pakistan and stayed there for some
time. During that time, he was looking for a more suitable country to receive
his followers, because the Saudi authorities were giving them a hard time and
the regime had abandoned its responsibility toward them. Even Shaykh Usama
himself was given a one-time-passport, to be used to exit Saudi Arabia and ·
return once only. He used this passport for a final exit from Saudi Arabia and
never returned. He was given that passport because of his personal connections
with some members of the royal family. He was given that passport to travel to
Pakistan to liquidate his investments there and then to return to Saudi Arabia
and live under house arrest there. But he used this permission to exit Saudi
Arabia and never return. He went to Pakistan, where he decided he would stay.
But the Pakistani Government started to a campaign against him and his Arab
followers, starting in Peshawar and other cities. These Pakistani campaigns
against the Arab Afghans living there were because of their "jihad" background
and also because of silly childish acts by some of them, who used their military
experience to conduct destructive acts and bombings in Pakistan. These acts were
the reason behind the Pakistani tide against the Arab mujahidin, especially
after the bombing of the Egyptian Embassy in the Pakistani capital, Islamabad.
That period witnessed the biggest hunts of the Arab Afghans. During that same
period, Shaykh Usama faced a hard time in Pakistan. So he decided to search for
a country with more suitable conditions that would be willing to receive him and
his followers. He chose Sudan, which was at its Islamic revolutionary peak, when
the Islamic Front had come to power under the leadership of Dr Hassan al-Turabi.
So Shaykh Usama went to Sudan. The Sudanese gave him a very warm welcome,
because of the economic benefits they were going to gain from his investments in
Sudan. There, he started several giant investment projects. He established five
important investment companies, the biggest of which was the Wadi al-Aqiq
Company for Agricultural Products. He also was a partner in the construction
company that built the Port Sudan airport and the Madani-Khartoum Road to
facilitate the transportation of agricultural products. These projects, executed
with the cooperation of the Sudanese Government, were for purely economic
investment aims.

[Al-Hamadi] How was Bin Ladin's personal life in Sudan? How did he live
there? Did he lead a normal life, or did he have other activities?

[Al-Bahri] As far as I know, he led a very normal life there. But he

II

GMP20050321000188.txt

communicated with the others and followed current local, regional, and
international events with great interest, reading about their impact on the
Islamic world. I also know that he was closely following the Yemeni war in the
summer of 1994, reading all about it. He tried to send some members of Al-Qa'ida
there to participate in that war alongside the legitimate government forces. But
the members themselves were not able to participate in that war, as it blew up
·quickly and was quickly ended. Still, several former Al-Qa'ida members who
participated in that war were previously in Afghanistan, the likes of Tariq
al-Fadli and Jamal al-Nahdi, who were very well connected with Usama Bin Ladin.

    [Al-Hamadi] Was Usama Bin Ladin's stay in Sudan only for economic and
investment reasons a Sudanese condition to approve of his stay, or was it a
personal decision to calm down and give up some of his military operations?

    [Al-Bahri] The time in Sudan was a comparatively quiet and calm period for
Shaykh Usama. The movement did not undertake any military operations then,
except in Somalia. As for Sudan, all of his activities there were of a normal
economic investment nature. I think Shaykh Usama decided to quiet down by
himself, but he was closely following the events in Saudi Arabia, interacting
with them. That calming down was not at the Sudanese Government's request. That
did not happen in the first place. On the contrary, several Al-Qa'ida members
who were with him in Khartoum participated in the war in southern Sudan with the
Sudanese volunteers, alongside the Sudanese Government. Some of them went to
fight in Somalia, and so forth. The Sudanese Government played no role in
limiting his movements or his followers' activities. During that period, he
concentrated on developing his wealth and enlarging the scope of his trading and
investment activities. Maybe he used that period to think deeply about future
plans.

    [Al-Hamadi] But after trying to assassinate Egyptian President Husni Mubarak
in Addis Ababa, the Egyptian Government accused Usama Bin Ladin of having
training camps in Sudan. Did you hear anything about that?

    [Al-Bahri] As far as I know, there were no Al-Qa'ida training camps in
Sudan. Shaykh Usama directed his activities there toward pure economic and
investment goals. He had to take the Sudanese Government and its interests into
consideration. He did not want to cause it any harm. For all of those reasons,
Shaykh Usama did not try to build camps there. At the beginning of his stay
there, during the first period of trying to save the revolution led by Umar
Hassan al-Bashir, he did open some camps for the Fundamentalist Eritrean
Movement. But it was not widely known. Shaykh Usama concentrated in the first
place on Al-Qa'ida camps he had built in Somalia.

    Mubarak Assassination Attempt

    [Al-Hamadi] Do you think that Al-Qa'ida and Usama Bin Ladin played any role
in the assassination attempt on Egyptian President Husni Mubarak in the
Ethiopian capital?

    [Al-Bahri] I truly have no information about that, but I remember that when
we were training in Al-Qa'ida camps that some members of the Egyptian Al-Jama'ah
al-Islamiyah were telling us that story and how the assassination attempt took
place, as a kind of training material and a story to practice on. They told us
that story, but they never confirmed that it was executed by Al-Qa'ida. I do not
think that Al-Qa'ida had anything to do with that operation.

    [Al-Hamadi] Does that mean the Egyptian Al-Jama'ah al-Islamiyah was
responsible for that attack?

    [Al-Bahri] Yes, they were responsible for it, using Egyptian members.
Everything was Egyptian. The assassination attempt against Husni Mubarak in the
Ethiopian capital, Addis Ababa, was planned and executed by the Egyptian
Al-Jama'ah al-Islamiyah.

[Al-Hamadi] With Usama Bin Ladin staying on in Sudan for a long time, it has been said that he used it to build connections for Al-Qa'ida in Africa. Do you know something about that?

[Al-Bahri] After the Pakistani authorities gave the Arab warriors a bad time in Peshawar, Sudan became a second homeland for most of the Arab jihad groups, like the Egyptian, Libyan, and Algerian groups and others, as well as Shaykh Usama Bin Ladin and other Al-Qa'ida members. As for enlarging the scope of Al-Qa'ida in Africa, that is true. Through Shaykh Usama's following up of the events in all the states near Sudan or surrounding it, such as the events in Libya, Algeria, Yemen, Somalia, Eritrea, and Egypt. Even events in Liberia, although it is a faraway country in West Africa. Events took place there, and we did not know what was going on. But through the Al-Qa'ida movement and some Islamic groups, it became clear that the struggle there was an ethnic-religious struggle between Muslims and Christians in a country where Muslims account for 20 percent of the total population. That was why many Al-Qa'ida members wished to move jihad to that country according to the Al-Qa'ida way and the Afghani way. A leader of the Islamic groups in Liberia told us: "We wished we could have contacted the Arab Afghans, so they would the balance of power in that struggle in Liberia." Hence Shaykh Usama's activities in Africa. But I think that most of these activities were within the framework of acquainting himself with the situation there, so he could contact some groups and movements there to know their needs and situation. But I do not know whether these activities moved to the level of supporting those groups or any practical activities in the African countries.

Abu-Ubayda al-Banshiri

[Al-Hamadi] The accident of Al-Qa'ida's military leader Abu-Ubayda al-Banshiri's drowning in Lake Victoria was an indication of how deeply Al-Qa'ida had penetrated Africa. Which countries had Al-Qa'ida reached in Africa?

[Al-Bahri] According to Shaykh Usama and other brothers, Brother Abu-Ubayda al-Banshiri tried to take advantage of the armed struggle taking place in Africa, such as the cases of Central Africa, Burundi, Rwanda, and others to facilitate the Al-Qa'ida members' penetration in Africa. I remember that among the things Shaykh Usama told us about the two American embassies in Nairobi and Dar es Salaam that those two embassies were just big American detention centers in Africa. They were the plotting minds behind the events that took place in Rwanda, where more than 80,000 Muslims were killed. The reason was the bloodshed that took place between the Hutu and the Tutsi, which was in reality between Muslims and Christians. The American embassies were feeding that struggle. That talk was among the information that Shaykh Usama had received by following the events there through Al-Qa'ida members. Abu-Ubayda al-Banshiri had carried out fact-finding tour in all the regions where struggles took place in Africa. During one of those trips, he drowned in Lake Victoria. The lake area in Africa connects eight to 10 countries. Important events were taking place in all of them, but we knew nothing about that, because they are isolated from the outside world. The Muslims there were suffering as a result of those events, and were parties of that struggle. Brother Abu Ubayda thought and planned how to bring those unknown events to the attention of the international scene and turn those cases into international cases. For if that was achieved, this might help attract new youths for jihad there and attract new members, thus opening the doors for other jihad operations. Brother Abu-Ubayda's aim was to open up several fronts against the Jewish-Christian allies everywhere in the world in an attempt to disperse them, weaken them, and draw their attention away from attacking Muslims.

Attempt on Bin Ladin's Life

[Al-Hamadi] What about the attempt to assassinate Usama Bin Ladin in Sudan?
Page 4

GMP20050321000188.txt
Who made that attempt? Was it a government conspiracy?

[Al-Bahri] The attempt on Shaykh Usama Bin Ladin's life was in the Riyadh
precinct in the Sudanese capital, Khartoum. According to what I heard about that
case from Shaykh Usama himself, his office was across the road from his home. Of
course, because he was a political refugee in Sudan, the Sudanese security
authorities were protecting him. At the same time, he had a licensed gun, which
never left his pocket. A group of his followers were also armed. The time of the
attempt was just before Al-Asr prayer. Shaykh Usama was ready to leave his home,
heading to the office. But he was delayed by a talk between him and his son,
Abdallah. During that period, he was readying his family for a more austere
life, to be content with a simple life, away from all the luxuries. His son
Abdallah opposed that idea. His point of view was that his father was a
millionaire and that they were supposed to enjoy that wealth. That talk with his
son delayed him, while his bodyguards had already left for the office. So his
attackers were deceived, thinking that Shaykh Usama was in his office with his
guards. They started firing directly at the office, while Shaykh Usama was still
at home. He and his son were armed. When he heard the gunfire, he came out of
the house and saw armed men shooting at his office, while at the same time
attacking his guards. Sudanese security was also present. He and his son
attacked them from the other side. So the attackers were besieged. Some were
killed and others wounded, while the rest escaped. Later it became clear that
the attackers were members of an Islamic group that had declared Bin Ladin an
infidel, thus allowing others to kill him. They also declared several other
famous Muslims infidels. Those attackers were affected by their groups' ideas,
without giving them much thought. The Egyptian and Saudi intelligence agencies
were using the foolishness of that group and supporting it. But there was no
confirmation that those agencies were behind that assassination attempt on
Shaykh Usama's life.

[Al-Hamadi] Have you heard from Bin Ladin any confirmation of the Egyptian
and Saudi intelligence agencies' innocence of the attempt to assassinate him, or
is that just your personal opinion?

[Al-Bahri] That is not my personal opinion. I have heard it directly from
the brothers who were around Shaykh Usama, who have heard it from him directly.
He had told them about that attempt and how it was executed. But I do not
remember that he mentioned that the Egyptian and Saudi intelligence agencies
were behind it. If he knew such information, he would have revealed it. We have
always known him to be courageous and unafraid to announce any information of
which he is sure. Those two agencies were concentrating on him a lot, because of
the presence of Ayman al-Zawahiri and the Egyptian Al-Jama'ah al-Islamiyah. They
used to meet Shaykh Usama there.

[Al-Hamadi] Do you expect the Sudanese Government to have used this incident
to exert pressure on Usama Bin Ladin to expel him from Sudan?

[Al-Bahri] No, the Sudanese never used that incident to pressure him. The
Sudanese were -- until the very last moment, when Bin Ladin left Sudan -- giving
him the best treatment. His leaving Sudan was due to his political impact on the
Saudi street through his effective speeches and statements inside Saudi Arabia.
That led Riyadh to pressure Khartoum to expel him from their country.
Simultaneously, there were other Egyptian pressures, which went along with the
American pressure on Sudan because of its Islamic direction. It still was the
country most affected by the second Gulf War and the American siege. So the
ruling Islamic Front in Sudan, under the leadership of Dr Hassan al-Turabi,
asked Shaykh Usama to leave the country. For Bin Ladin, Abu-Turabi was always a
nuisance, although he was an Islamic thinker, contrary to President Umar Hassan
al-Bashir, who displayed all the good Sudanese qualities of courage and help. He
would not accept that pressure because he considered Bin Ladin his guest and a
refugee in his country. As for Al-Turabi, it seems that his studies at the
Sorbonne and his previous political background had a great impact on him. So
Al-Turabi became the tool to pressure Shaykh Usama to leave the country.

II

GMP20050321000188.txt

Al-Turabi and Bin Ladin's Departure

[Al-Hamadi] Did Al-Turabi play any role in convincing the Sudanese Government to expel Bin Ladin from its territories?

[Al-Bahri] Al-Turabi himself exerted a great deal of pressure on Shaykh Usama to make him leave Sudan. He visited him for three consecutive days, holding long meetings and heated discussions with him, until late at night, to convince him to leave Sudan. Shaykh Usama tried to convince him of the opposite: that there was no need to expel him, that they had not committed any armed acts against Sudan, and that there was no other country ready to receive them. But Al-Turabi told him that he had two options: either keep silent or he leave the country. He was very determined that Bin Ladin leave the country. That was when Shaykh Usama decided to leave Sudan. He said: As long as many young men have been detained and imprisoned in Saudi Arabia and the Sudanese want me to keep silent, I will leave Sudan. He made arrangements with the Sudanese to leave the country with his followers and moved to Afghanistan.

[Al-Hamadi] Was it possible that the Sudanese would have agreed to his staying on in their country if he had agreed to keep silent?

[Al-Bahri] I think the Sudanese would have accepted that, if Bin Ladin would have agreed to keep silent. It was a deal with him: Your staying against your silence. The Sudanese had benefited a lot from him. He had erected several huge projects in their country for millions of dollars. He was a first-class contractor, and his companies were building big projects in Sudan for very low bids. As far as I know, the Sudanese Government still owes Bin Ladin. They were unable to pay their debts to him, because he had sold them all his companies in Sudan up to that time. Khartoum has not paid its debt so far.

[Al-Hamadi] You mean that before he left Sudan, Bin Ladin sold all of his companies?

[Al-Bahri] Yes, he sold them all to the Sudanese Government for a very cheap price, because he had no other option.

[Al-Hamadi] What are the most important projects that Bin Ladin's companies executed in Sudan?

[Al-Bahri] Among those is the Khartoum-Madani Road, which is one of the longest asphalt roads in Sudan. Shaykh Usama also built several dams and the airport in Port Sudan. He also created huge funds for agricultural investments, offered the Sudanese many services, and offered the mujahidin many job opportunities.

Russian Pilot Transports Bin Ladin to Afghanistan

[Al-Hamadi] During his exit from Sudan, how was the situation, and what were the security measures that accompanied his departure?

[Al-Bahri] Bin Ladin left Sudan for Jalalabad on a private jet. On board there was only a Russian pilot, who spoke no Arabic. On that trip, Brother Hamud al-Zubayr (God rest his soul) accompanied him. He was also accompanied by Brother Sayful-Adl al-Masri (may God release him from prison) and two of his sons, Saad and Umar. There were also very few guards with him in the small plane, which held only 12 passengers. Brother Sayful-Adl was sitting next to the pilot. In his hands he held a map of the route, because they did not trust the pilot very much. They just gave him the role of steering the plane, according to their plan. The departure was kept highly secret, and the security measures were very important for the success of Bin Ladin's departure for Afghanistan. His arrival in Afghanistan was coordinated with the field leader in Jalalabad, Engineer Mahmud, a leader of the Hezb-e Islami Afghanistan, which controlled

II

GMP20050321000188.txt

Jalalabad. They welcomed Shaykh Usama there, because they both were former acquaintances. They gave him a warm welcome, and then accompanied him to the headquarters of the Afghan leader, Mullah Yunus Khalis. That reception was a kind of back payment for Shaykh Usama for everything he had offered the Afghan warriors during their war against the Soviet troops. They said: "How can we not stand by the man who sacrificed his money and the lives of his followers and all that he owns on this earth to support us and our holy war. They received him and his followers very well. Afghanistan was the only country that could afford to carry the burden of Bin Ladin's and Al-Qa'ida's presence on its territories.

[Al-Hamadi] Do you think that a meeting took place between Bin Ladin and Sudanese President Umar al-Bashir concerning the Sudanese request that he leave the country? Who officially informed him of that request?

[Al-Bahri] All I know is that those who made the request were the leaders of the Islamic Front, led by Al-Turabi. Although Al-Bashir ignored them and guaranteed their security during their secret departure from Sudan. Shaykh Usama left Sudan with very few of his guards and two of his sons on a private plane, as I mentioned before. The rest of the Al-Qa'ida members, along with other Arab brothers from different Islamic groups, followed them later on two airplanes that belong to the Afghan airline, Ariana. They took them from Khartoum to Jalalabad, Afghanistan, in coordination with the Afghan leaders.

[Al-Hamadi] Bin Ladin mentioned more than once that he was very pained by the Sudanese. Was he pained by them as a country, by its government, or just by Al-Turabi?

[Al-Bahri] Shaykh Usama was pained by the situation in Sudan generally. He was affected by the events going on there, even after his departure. When Al-Turabi was imprisoned, the young men used to tell him: "Shaykh Usama, Al-Turabi is in prison." He would answer them: "That was expected. Two cooks do spoil the broth." By that he meant that the situation in Sudan was abnormal, with there being two leaders at the same time.

[Al-Hamadi] How would you describe Bin Ladin's relationship with Al-Turabi? Was it a normal relationship, or were there sensitivities?

[Al-Bahri] Yes, there were some sensitivities between them. Their biggest problem, which caused those sensitivities between them, was Shaykh Usama's practical program and his success in defeating the American forces in Somalia, in cooperation with the Somali Islamic groups. They also defeated the American troops in Sudan, where Sudan was supposed to be the Americans' entrance to their control over Somalia and the whole Horn of Africa. That was why Bin Ladin's success in defending Sudan was a sensitive spot, which caused Al-Turabi's jealousy. Al-Turabi relies mainly on theories. Maybe he was afraid Shaykh Usama would take over the leadership of Sudan someday in the future, at his own expense. Especially because Bin Ladin was at that point looking at Sudan as the backbone of the international world Islamic movement, as an important extension of the Islamic movement in the Horn of Africa and East Africa, in general.

Declaring Jihad Against America

[Al-Hamadi] After Usama Bin Ladin's move to Afghanistan, how were Al-Qa'ida members gathered there anew, after they were dispersed around the whole world?

[Al-Bahri] Shaykh Usama was going to declare jihad against the United States. while he was still in Sudan. But he was unable to, because the Sudanese Government refused to permit him it and prevented him from making that announcement. They told him they could not bear the effects of such an announcement. So he moved to Afghanistan and made his announcement there. Then, it was a country without a government. There were no parties controlling the whole of the Afghan lands. Due to his good connections with most Afghan leaders, they supported him, saying that they had no problem with that, because America

II

GMP20050321000188.txt
was the same as the Soviet Union, which they had fought in Afghanistan. Bin
Ladin used that Afghan enthusiasm and declared his point of view and his plan to
face the United States from that moment on. It was like a call and an invitation
for all followers and supporters, especially the new members. As for the old
members, they were not very dependable. Bin Ladin used to say about them: "God
forgive our old brothers. They did not participate with us." Shaykh Usama had
tested them when he declared jihad in Somalia. He had sent messages to all of
the brothers in Saudi Arabia, in Yemen, and everywhere. The best of them
replied: "Abu-Abdallah, I cannot participate with you, because I have a family
and young children." Many of them were still in shock and affected by the turn
of events in Afghanistan after the departure of the Soviet troops. There was a
power struggle between the Islamic parties themselves there. Which in turn
caused a kind of disappointment among the Arab mujahidin. But as soon as Shaykh
Usama declared jihad, many new members followed him, the first among them being
the north group, of which I am a member.

[Al-Hamadi] Could you provide us with any details about Usama Bin Ladin's
fatwa to fight the Americans openly?

[Al-Bahri] Of course. For that fatwa, Shaykh Usama almost called all Muslims
everywhere to fight the Americans and defend Muslim lands. The Americans were a
target wherever they were. With the Americans, there was no deal and no security
in any Islamic country, because of their interference in all areas of the
Islamic world. The United States had interfered in all Islamic cases, starting
with Chechnya and ending with Somalia and East Africa. America's hand is
everywhere, and they have besieged countries and starved peoples. That was why
he allowed their killing wherever they were. He was sort of predicting the
future, especially about his blow to the United States. Shaykh Usama declared
that fatwa, which was supported by many scholars inside Afghanistan and
Pakistan. They consolidated that fatwa by giving it their confirmation and
authorization. A few months later, the operations in Nairobi and Dar es Salaam
took place, as a result of that.

[Description of Source: London Al-Quds al-Arabi in Arabic -- London-based
independent Arab nationalist daily with an anti-US and anti-Saudi editorial
line; generally pro-Palestinian, tends to be sympathetic to   Bin Ladin]
THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS
PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.


Unclassified

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,       )
                        et al.,       )
                                      )
                    Petitioners,      )
                                      )       Civ. Action No. 05-CV-0748 (RMC)
          v.                          )
                                      )
GEORGE W. BUSH,                       )
     President of the United States,  )
                        et al.,       )
                                      )
                    Respondents.      )

FBIS GMP20050323000113

SECRET//NOFORN

*UNCLASSIFIED*

 Open Source Center

## Former Bin Ladin 'Bodyguard' Discusses Al-Qa'ida Training Methods, 'Libraries' (U)

GMP20050323000113 London *Al-Quds al-Arabi* in Arabic 23 Mar 05 p19 (U)

[Part 5 of a series of interviews with Nasir Ahmad Nasir Abdallah al-Bahri, alias Abu-Jandal, formerly the "bodyguard" of Al-Qa'ida leader Usama Bin Ladin, by Khalid al-Hammadi, in Sanaa; date not given: "Al-Qa'ida's Inside Story, as Told by Abu-Jandal--Nasir al-Bahri, Bin Ladin's Bodyguard (5); Shaykh Abdallah Azzam Supervised the Afghan Jihad Encyclopedia, a Comprehensive Islamic Military Guide" (U)]

In this episode, Abu-Jandal talks about the training of new recruits in Al-Qa'ida and the period of testing that they have to undergo to prove that they are qualified and can withstand pressure.

### Military Indoctrination and Encyclopedia of Jihad

[Al-Hammadi] How long was the training period in the (Jihad Wal) military camps?

[Al-Bahri] It lasted about two months.  It included a course in guerilla warfare and other courses in various military areas. It included theoretical instructions backed by practical training. Therefore, our best training to qualify us militarily was inside the Al-Qa'ida camps in Afghanistan because all the instructors had had great military experience and participated in many battles inside Afghanistan. They had the presentation ability and the skill to instill information in the minds of the trainees. Moreover, training in the battlefield differs from qualifying personnel at training camps.

[Al-Hammadi] Was your training at the (Jihad Wal) camps confined to the use of weapons or did it include educational rehabilitation and concepts and principles on which the Al-Qa'ida Organization is based?

[Al-Bahri] Training in these camps was on how to use weapons.  However, it indirectly included certain aspects of guidance and educational messages.  For instance, while training on hitting marks

or targets, all the targets were in US uniform.   The names of the targets were American.   The instructions were: Hit the US soldier or officer; blow up the US vehicle.   When the target was hit, it would be announced that someone hit the US soldier or target.   Thus, the United States and all that was American occupied our mind. It was an issue that engaged the minds of the Al-Qa'ida youths who train in military camps. Indeed, hitting American targets became a dream of everyone in the Organization.

Of course, the Al-Qa'ida Organization developed the means of military training starting with the old traditional methods and inventing the most modern means.   They used the most up-to-date methods and most effective ones in this regard.   They trained us on how to select the targets and on what the suitable types of targets were for operation.   For instance, would the killing of a US soldier or national in the jungles of Africa impact the United States or should a qualitative and hard blow be directed at the United States?   This was part of the guidance on the quality of operations and the type of military mobilization against the United States so long as it is the primary enemy of the Al-Qa'ida Organization.

One of the books that we studied at the (Jihad Wal) camp was written by a US general on the establishment of the rapid deployment forces; that is, the marines, and why they were created.   One of the examples that this US general gave in his book was the following:   If a tanker carrying liquefied natural gas is blown up in the Straits of Hormuz at the mouth of the Arabian Gulf, it will stop the oil supplies to the world for at least one week because it would be a floating gas pipeline.   This would lead to raising the cost of oil in the entire world.   Many of the Al-Qa'ida youths were very interested in this idea and they were thinking of hitting an oil tanker in the Straits of Hormuz and isolating the Gulf region, which is the source of oil, from the whole world.

We studied many American books in the strategic and military fields.   One of which was the report that the former US secretary of State Henry Kissinger presented in the 1970's following the 1973 war and the discussion that he held with Saudi King Faysal Bin-Abd-al-Aziz.   When the Americans threatened him with bombing the oil fields, Faysal told them:   We will blow them up ourselves and will lose nothing because our camels are still here and our milk and daters are still here.   You will be the losers.   King Faysal's strong position against the Americans created a certain reaction and developed a certain vision.

One of the US books, which we studied, was a book by US President Roosevelt entitled: 1999, Year of Oil Without War.   In this book, Roosevelt explained how the United States would control the outside world.   The most important element in studying this book is to know the US viewpoint about us and

what they want from us.   The Al-Qa'ida Organization depended on what the Americans themselves say and on what they publish in order to invite condemnation against them and convince the Al-Qa'ida Organization members of the correctness of Al-Qa'ida aims to impede these US plots and prevent their implementation.

The libraries of the Al-Qa'ida Organization's military training camps contained many books and the best in the military field, especially American books, in addition to videotapes that contain some of the Western television programs on the Al-Qa'ida Organization.   The videotapes also included lectures and Shaykh Usama's interviews with many US and Western media and others.

Brother Abu-Ata, may God have mercy on his soul, provided simultaneous transition of the program and the interviews which were broadcast by Western channels because he was very fluent in English and acted as a translator for Shaykh Usama Bin Ladin during his interviews with Western channels. There was also brother Abd-al-Hadi al-Urduni [the Jordanian], may God have mercy on his soul.

I recall that Brother Usama used to explain to us certain strategic military issues and concepts and he used to tell us that the struggle was not only between the Al-Qa'ida Organization and the United States, that the Al-Qa'ida Organization in this struggle is merely a nucleus and a tool for this nation to wake up and defeat the American offensive against our Islamic world and drag the United States into a large-scale front which it cannot control.   He used to say: We are working for a big operation; namely, dragging the United States into a field confrontation with the Islamic peoples and the entire Islamic world.

[Al-Hammadi] Did you have military books of scientific value in the Al-Qa'ida Organization camps?

[Al-Bahri] Yes, the Al-Qa'ida Organization camps libraries contained many book and military encyclopedias, including the Encyclopedia of Jihad in Afghanistan, which explains everything that is connected with the military aspects, beginning with the machinegun and then the guerilla warfare, urban warfare, undercover wars, the wars of security and intelligence, data gathering, tank wars and chemical wars.   This encyclopedia was in about 12 volumes with pictures, maps, and charts.   This encyclopedia was composed by a number of Islamic military experts and was supervised by Dr Abdallah Azzam, may God have mercy on his soul.   It was a comprehensive encyclopedia for a jihadist military education in an Islamic form.   There were many other military and political books, both specialized and general, in various fields and many Islamic messages related to the education of jihad and which were written by Shaykh Abdallah Azzam.   There were the jihadist books by some of the

ll

Egyptian Jihad Group and others, and some of the books by military generals.  These books gave us some of our military education.

There is a significant point in this regard.  When a person has the motive and the intention and the desire to realize something, he will do it and will excel and produce something new and creative.  That was what we have seen in the qualitative operations that demonstrated military excellence and a pioneering role in military operations.

[Al-Hammadi] The ordinary military colleges subject new recruits to a 40-day testing period to assess the recruits and select the firm ones.  Did the Al-Qa'ida Organization camps follow this system to test the new recruits and select the Al-Qa'ida Organization members?

[Al-Bahri] There are three phases in the Al-Qa'ida Organization military camps.  The fist is the testing period. It is called the days of experimentation.  The second phase is the military preparation period.  It is called the drilling period.  It lasts 45 days.  The third phase is called the guerilla war tactics course.  It also lasts 45 days.  During the experimentation period we used to experience all forms of exhaustion, including psychological exhaustion, as well as moral exhaustion.  The training was extremely hard.  Sometimes we hardly slept for four hours in two days at various times.  The experimentation period is just over 15 days.  At the end of this period, when we were extremely tired, the instructor would come and say with extreme coolness: Today is the last day of experimentation. You must now walk for 30 kilometers.  Only very few individuals lasted until the end of the experimentation.  Yet, each one of us used to urge his exhausted comrades to encourage them to remain steadfast and continue.  This phase teaches recruits to withstand difficulties.

Indeed, because of the exhaustion and fatigue during the experimentation period, some of them said that they could take no more, that they no longer wanted jihad.

During the second phase, the drilling period, the new recruits take all military courses, deeply studying all kinds of weapons, beginning with light machineguns, through antiaircraft guns, and ending with shoulder-borne missiles, like SAM-7 and Stinger missiles, in addition to explosives and all kinds of guns, like the recoil and recoilless guns and the bow guns [madafi' qawsiyah].  They are trained on surveys, maps and how to draw them, as well as sand maps, and other things.  The trainee in this phase is given an integrated military education just like any graduate from the best regular military colleges.

II

Then comes the third phase, which is called the tactics and guerilla warfare course. It also lasts 45 days. This course was compulsory for all because the irregular warfare is based on guerilla warfare. In this course, theoretical military skills are learned. Practical applications are carried out using all kinds of weapons that had been studied in the previous course, and employing military skills that have been gained.  Indeed, this is a period of testing to measure what a man can absorb during previous courses.

**Practical Training.**

[Al-Hammadi] To what extent was the training inclusive of practical applications?

[Al-Bahri] The practical application was emphasized more than the theoretical training, based on the religious principle: Practical traditions are more useful than theoretical traditions.  The theoretical military information is available everywhere, given the spreading of knowledge and information, like the Internet and other means.  What the trainee needs is the practical side and actual application of all the military knowledge that he has acquired.  Therefore, the first day of training at the Al-Qa'ida Organization camps begins with disassembling and assembling of weapons.  The trainer begins with this and ends by using the weapon so that the trainee will know everything about this machine by heart.

[Al-Hammadi] It is said that many Arab youths joined the Al-Qa'ida Organization not because they were convinced of its ideas but because they wanted to escape from their difficult economic conditions in their own countries.  What do you think of this?

[Al-Bahri] This is a fact.  But we can also say that these were not escaping from their economic conditions but rather from the political conditions because many of them had certain ideas and they did not find an opportunity in their countries to express their ideas.  Had the Arab states had freedom of opinion and expression, many of their sons would not have left and joined the Al-Qa'ida Organization, given that many of them were well trained academically and had university degrees.  Some of them graduated from the best universities in the world.  Some of them occupied high posts with high salaries like Sayf-al-Adl-al-Masri, who was an officer in the Egyptian storm troopers units.  Abu-Hafs al-Masri was a police officer.  Abu-Ubaydah al-Banshiri was also an Egyptian police officer.  They are many.  These individuals left their countries because there was no freedom and they were not allowed to express their opinion.  Thus, they were forced to express their opinion in this way, given that nobody dealt with them rationally.  Repression was the only means of dealing with them.  Thus, they

were forced to leave for the outside world, including the Shaykh Usama Bin Ladin world, where they found a suitable place in his Al-Qa'ida Organization for meeting together and for a reunion.

[Al-Hammadi] Where did you go after you finished your military courses at the (Jihad Wal) camps?

[Al-Bahri] As we were concluding our training period -- and we were in the (Jihad Wal) area in the Khowst region -- there was an attempt to assassinate Shaykh Usama while he was in Jalalabad. However, the Taliban Movement's security apparatus arrested those who implemented the attempt while entering the Afghan borders. The Taliban Movement received intelligence information that a group entered Afghanistan with the purpose of assassinating Shaykh Usama Bin Ladin. Mullah Muhammad Omar sent a helicopter to Shaykh Usama who was in Jalalabad and he asked him to meet with him in Qandahar. They met at Qandahar Airport. Mullah Omar told Shaykh Usama Bin Ladin: You must come and settle with us in Qandahar because it is our stronghold and main headquarters. It is safer for you than Jalalabad because in Jalalabad you will find people from various religions and ethic groups and the security there is weak.

Three days later, Shaykh Usama Bin Ladin returned to Jalalabad and decided to transfer all his wives and the families of the Arab mujahidin by air from Jalalabad to Qandahar, except Shaykh Usama Bin Ladin himself who moved to Qandahar by land. When he arrived in Qandahar, Mullah Omar gave him the choice of either to stay at the Electricity Company housing complex, where there are all the services, or to stay at the Qandahar Airport housing complex, which did not have such utilities. He selected the airport complex because he wanted his followers to live an austere and modest life in this world. There were no utilities in the complex and there was no running water. Shaykh Usama Bin Ladin used to say: We want a simple life.

With the arrival of Shaykh Usama Bin Ladin and his comrades at the Qandahar Airport complex, we moved from Khowst to this same place two months later. We met with Shaykh Usama Bin Ladin and were his guests for three days.

At that time, Shaykh Usama Bin Ladin began establishing formations from the young men who completed military training, distributing them among the various camps and various fronts. He used to give them the choice of selecting their positions. He gave me the choice of staying with him or returning to the camp and I opted for returning to the camp because living with these young men was more lively. To live with Shaykh Usama Bin Ladin means to live a strict and heavily disciplined life. He allowed me to return to the camps in Khowst and I stayed there for five months.

[Al-Hammadi] Did Shaykh Usama Bin Ladin take with him everything connected with the Al-Qa'ida Organization, in terms of men and equipment, when he left Jalalabad to Qandahar or did he leave some of them there?

[Al-Bahri] He took almost everything but he did not evacuate the Najm al-Jihad Complex there.  He left it there but changed it temporarily into a guesthouse to receive and accommodate those who pass by Jalalabad from the Al-Qa'ida Organization.  He left some unmarried young men there to run the guesthouse.  He drew up for them an action program.  The guesthouse later became a rest house for some families of the Al-Qa'ida Organization members to be used during emergencies and in case certain areas were shelled.  Indeed, some of the families returned from Qandahar and settled in the Najm al-Jihad Complex in Jalalabad.

**To Qandahar**

[Al-Hammadi] You stayed five months in the (Jihad Wal) camp in Khowst.  Did you return to Qandahar to stay with Shaykh Usama Bin Ladin?

[Al-Bahri] Yes, I returned to Qandahar but I stayed at a place far from the Qandahar Airport complex, where Shaykh Usama Bin Ladin and some Arab families were staying. I did not stay in Qandahar for long.  I stayed only for 15 days and then Shaykh Usama Bin Ladin asked me to choose between staying with him and moving to any camp or front, whether in Jalalabad, Kabul, Khowst, or any other place.  I decided to return to Khowst to join training at the (Jihad Wal) camps.  I became interested in training and I had been accustomed to life there and I knew men there.

[Al-Hammadi] When were you selected to be the personal bodyguard of Shaykh Usama Bin Ladin?

[Al-Bahri] Before I was selected to guard Shaykh Usama Bin Ladin, I began training operations with the brother instructor Abu-Ata.  At that time, training courses were held on guerilla warfare tactics, especially the mountainous war.  At that time we received an alert message, saying that they needed at least 16 unmarried Arab brothers to come to Qandahar as soon as possible because there was a sort of state of alert in Qandahar.  The problem was that most of the Shaykh Usama Bin Ladin's guards were married men and they had burdens to carry.  Therefore, there was a need for bachelors to replace them.  Brother Abu-Ata told me: Abu-Jandal why do you not go to Qandahar?  I told him that I was a soldier and I was prepared to go wherever he sent me.  He then said: Rely on God and go

to Qandahar and take with you the first group, which was about 16 brothers, most of them were Yemenis. They formed the first nucleus of Shaykh Usama Bin Ladin's guards. I was their commander. When we reached Qandahar, we were placed under the command of an Egyptian brother called Abu-Khalid al-Masri.

I was an ordinary bodyguard for Shaykh Usama Bin Ladin within the group of guards and I was not a commander of the guard. Five or six months after this, Brother Abu-Ata arrived and said: We want brother Abu-Jandal to return to the (Jihad Wal) camp to train the men there. Then Shaykh Usama Bin Ladin told me: Go once again with Abu-Ata for training at the camp.

[Al-Hammadi] How long did you remain in the (Jihad Wal) camp when you returned this time round?

[Al-Bahri] I stayed about four months and then there was a general mobilization at the Kabul front. I moved toward the Kabul front, me and Brother Hassan al-Khamiri, may God have mercy on his soul, one of those who carried out the attack against the US destroyer Cole at the Aden port in 2000. We were the first Yemeni young men to participate in the fighting at the Kabul Front, along with the Taliban Movement, although Shaykh Usama Bin Ladin was still against the overenthusiasm of the Arab men to join fighting with Taliban. We received the news that the Ahmad Shah Masud forces were advancing toward Kabul. Therefore there was mobilization. I moved along with brother Hassan al-Khamiri and we were also joined by brother Husam al-Madani, may God have mercy on his soul, and brother Abu-al-Faraj al-Libi. The four of us were the first Arab group to arrive in Kabul to participate in the fighting there.

[Al-Hammadi] What did you do after you arrived in Kabul?

[Al-Bahri] After that I was wounded at one of the fronts. At that time we dealt painful blows to the Ahmad Shah Masud forces because we were hitting them with mortars. It seems that there was betrayal behind our lines. Perhaps a weak-minded person gave the Masud forces the coordinates of the position where we were stationed. They used artillery and tanks against us. There were only six Arabs at the position. Five were hit and I was the only one to remain standing on my feet. I was wounded but I was capable of movement. I remember that among those who were wounded in my group were brother Abu-Anas al-Sharqi from Saudi Arabia, brother Abu-Ja'far al-Yamani, may God have mercy on his soul, and brother Abu-Jihad al-Masri. We withdrew to a hospital and I fled the next morning because I never liked hospitals. We reached the Kabul guesthouse. The secretary of the Kabul front brother Abu-Muhammad al-Masri told me: Take command of the Kabul guesthouse. That

II

was the highest task I was given in the Al-Qa'ida Organization. I was the commander of the Kabul Guesthouse.

### Commandeer of the Kabul Guesthouse

[Al-Hammadi] How long did you serve as the commander of the Kabul Guesthouse?

[Al-Bahri] I served for about six months.

[Al-Hammadi] What was the role that the guesthouse played?

[Al-Bahri] It was a rest house and a link between those who arrived from outside Afghanistan via Jalalabad and those who returned from the fronts or the military camps.   There, the men were distributed at the fronts and camps.   The guesthouse played the role of deploying mujahidin at various fronts and giving them assignments.   It facilitated and arranged their movements.   It carried out all tasks related to these things.

[Al-Hammadi] Where did you move after these six months during which you served as a commander of the Guesthouse?

[Al-Bahri] At that time, a large part of the Kabul front fell.   Shaykh Usama Bin Ladin ordered the evacuation of all wounded and injured and kept only the able bodied to help defend Kabul.   Because I was injured, Shaykh Usama Bin Ladin decided to pull me to the Khowst camps where Shaykh Usama was there at that time.   When I arrived in Khowst, he told me: Stay here until your wounds are healed and then we will see where we will send you.

At that time a tactics course was being held at the (Jihad Wal) camp.   Brother Abu-Ata was supposed to do the training.   I said: Shaykh Abu-Abdallah [Usama Bin Ladin], I would like to take this course.   He said: No, come with me to Qandahar.   Shaykh Usama Bin Ladin had decided to send one of his married guards to do the training and put me in his place among the guards.   At the last moment, he said: All right, Abu-Jandal stays here and let this man come with me.   Thus, I was able to fully take this course on tactics.   After the course, I stayed at the camp for several months.   I then sent a letter to Shaykh Usama Bin Ladin in which I told him that I was tired of staying in the camp. I asked him to give me a task outside of Afghanistan or allow me to return to Yemen to get marred.

‏

When he read my letter he was disturbed.  He said: Send for him and let him come to me.  I went to Shaykh Usama Bin Ladin and he asked me: What is your problem?  I told him: Shaykh I feel exasperated. I am aware that this haste is a personal flaw and this is the nature of the people in the Arabian Peninsula as a whole.  Even the Prophet, may God's peace and blessings be upon him, said that they were restless people.  Shaykh Usama Bin Ladin then told me: Be patient, wait.  I told him: Shaykh I can wait no longer.  He said: Go back to the camp and I will see what I can do.

Whenever he saw me he seemed to invent tasks for me to keep me busy because he knew that I was not of the type that could stay in one place for a long time without doing anything.  He used to tell the commanders; Keep Abu-Jandal preoccupied so he might not preoccupy us.  Therefore, I always assumed tasks and moved from one place to another.

[Al-Hammadi] Did this period of time make you closer to Shaykh Usama Bin Ladin?

[Al-Bahri] Yes, I became very close to Shaykh Usama Bin Ladin at that time because of my continuous participation in many tasks and my continuous movement in between positions that were close to him.  I used to participate in solving many problems that faced the young men.  Moreover, I was within Shaykh Usama Bin Ladin's personal guards, given the fact that I was not married.  I was always tasked with quick and urgent missions.

[Description of Source: London Al-Quds al-Arabi in Arabic -- London-based independent Arab nationalist daily with an anti-US and anti-Saudi editorial line; generally pro-Palestinian, tends to be sympathetic to  Bin Ladin]

███████

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAMEER NAJY HASAN MUKBEL,**<br>et al., ) | |
| ) | |
| **Petitioners,** ) | |
| ) | **Civ. Action No. 05-CV-0748 (RMC)** |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,**<br>**President of the United States,**<br>et al., ) | |
| ) | |
| **Respondents.** ) | |

Map of Saudi Arabia and Yemen

███████



███████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMEER NAJY HASAN MUKBEL,   )
                    et al.,   )
                              )
           Petitioners,       )
                              )        Civ. Action No. 05-CV-0748 (RMC)
        v.                    )
                              )
GEORGE W. BUSH,               )
   President of the United States, )
                    et al.,   )
                              )
           Respondents.       )

Map of Afghanistan

███████



███████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMEER NAJY HASAN MUKBEL, | ) | |
| et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | Civ. Action No. 05-CV-0748 (RMC) |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

Map of Afghanistan-Pakistan Border

███████

**Afghanistan-Pakistan Border**



SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEER NAJY HASAN MUKBEL, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, et al., <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civ. Action No. 05-CV-0748 (RMC)

Map of Tora Bora Region of Afghanistan

SECRET//NOFORN



Tora Bora Region of Afghanistan