IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEER NAJY HASAN MUKBEL,<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-CV-0748 (RMC) |

## NOTICE OF TRANSFER OF
## PETITIONER SAMEER NAJY HASAN MUKBEL (ISN 43)

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Sameer Najy Hasan Mukbel (ISN 43) and transferred him to the control of the Government of Oman.

Dated:  January 14, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

  */s/ Daniel M. Barish*
DANIEL M. BARISH (DC Bar No. 446283)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.305.8970
E-mail: Daniel.Barish@usdoj.gov

Counsel for Respondents